**Contract Incentive Detail - HVAC**

Period : September 2023

EXHIBIT A



### EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Daniel Novin | **Job Code** | : J07683 |
| **Employee ID** | : 1644837 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/12/2012 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 0N420331 | 08/01/2020 | PSC | Transferred | $308,770.00 | $42,984.61 | 87% | $3,381.39 | $2,574.76 | $806.63 |
| 1-117841675179 | 07/01/2023 | L&M | Closed | $10,100.00 | $4,921.20 | 100% | $414.62 | $414.61 | $0.01 |
| 1-118929013985 | 06/01/2022 | PSA | Active | $47,794.00 | $23,986.15 | 30% | $3,463.00 | $2,597.25 | $865.75 |
| 1-122473846783 | 10/01/2022 | PSA | Active | $297,371.00 | $89,211.30 | 100% | $1,784.23 | $1,784.23 | $0.00 |
| 1-123833630199 | 11/01/2022 | L&M | Closed | $4,574.00 | $1,539.74 | 100% | $87.59 | $87.59 | $0.00 |
| 1N420152 | 03/01/2021 | PSR | Active | $35,000.00 | $13,492.30 | 100% | $1,039.78 | $749.35 | $290.43 |
| 1N420156 | 03/01/2021 | PSR | Transferred | $261,926.00 | $125,464.63 | 20% | $1,878.89 | $1,878.89 | $0.00 |
| 1N420172 | 03/01/2021 | PSR | Active | $187,261.00 | $79,016.82 | 80% | $4,786.49 | $3,425.82 | $1,360.67 |
| 1N420194 | 04/01/2023 | PSR | Transferred, | $112,895.00 | $41,016.45 | 7% | $4,004.84 | $3,358.83 | $646.01 |
| 1N420391 | 08/01/2021 | PSR | Closed | $291,649.00 | $49,095.37 | 62% | $2,604.92 | $2,604.92 | $0.00 |
| 2N100184 | 03/01/2022 | PSC | Active | $1,651,753.00 | $202,403.62 | 4% | $556.48 | $451.35 | $105.13 |
| 2N420029 | 10/01/2021 | PSR | Transferred | $32,950.00 | $11,257.23 | 100% | $890.02 | $647.71 | $242.31 |
| 2N420030 | 10/01/2021 | PSR | Transferred | $62,237.00 | $17,297.49 | 100% | $1,312.75 | $940.42 | $372.33 |
| 2N420031 | 10/01/2021 | PSR | Transferred | $62,234.00 | $14,695.26 | 100% | $1,152.70 | $1,152.70 | $0.00 |
| 2N420032 | 10/01/2021 | PSR | Active | $213,200.00 | $81,020.86 | 100% | $5,835.58 | $4,091.61 | $1,743.97 |
| 2N420037 | 10/01/2021 | PSC | Transferred | $170,359.00 | $51,231.83 | 100% | $5,172.92 | $5,172.92 | $0.00 |
| 2N420050 | 11/01/2021 | PSC | Closed | $68,600.00 | $10,234.93 | 100% | $1,403.85 | $1,403.85 | $0.00 |
| 2N420051 | 11/01/2021 | PSR | Closed | $21,781.00 | $10,904.50 | 85% | $644.09 | $644.09 | $0.00 |
| 2N420057 | 11/01/2021 | PSC | Transferred | $105,600.00 | $0.00 | 100% | $-1,154.94 | $-1,154.94 | $0.00 |
| 2N420060 | 08/01/2022 | PSR | Closed | $20,605.00 | $3,042.07 | 7% | $15.44 | $15.44 | $0.00 |
| 2N420071 | 11/01/2021 | PSR | Closed | $91,600.00 | $32,574.17 | 89% | $2,112.36 | $2,112.36 | $0.00 |
| 2N420170 | 02/01/2022 | PSR | Transferred | $19,110.00 | $4,928.23 | 100% | $379.53 | $379.53 | $0.00 |
| 2N420186 | 02/01/2022 | PSC | Active | $163,475.00 | $47,415.19 | 85% | $3,034.45 | $2,166.93 | $867.52 |
| 2N420187 | 02/01/2022 | PSR | Active | $197,450.00 | $63,590.06 | 90% | $4,230.53 | $2,998.63 | $1,231.90 |
| 2N420188 | 02/01/2022 | PSR | Active | $4,550.00 | $1,823.96 | 100% | $130.37 | $74.85 | $55.52 |
| 2N420215 | 03/01/2022 | PSR | Transferred | $55,500.00 | $8,759.80 | 100% | $760.73 | $572.17 | $188.56 |

Report Generation Date: January 02, 2024    Page 1 of 4    Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 1 of 4    Document 1-1

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Daniel Novin | **Job Code** | : J07683 |
| **Employee ID** | : 1644837 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/12/2012 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420217 | 03/01/2022 | PSR | Active | $10,150.00 | $3,279.64 | 100% | $242.30 | $171.70 | $70.60 |
| 2N420218 | 03/01/2022 | PSR | Closed | $36,950.00 | $14,036.00 | 85% | $859.36 | $859.36 | $0.00 |
| 2N420230 | 03/01/2022 | PSR | Transferred | $155,276.00 | $46,781.96 | 15% | $524.73 | $524.73 | $0.00 |
| 2N420248 | 04/01/2022 | PSR | Transferred | $290,480.00 | $101,811.92 | 85% | $6,309.85 | $4,447.07 | $1,862.78 |
| 2N420250 | 04/01/2022 | PSR | Closed | $48,204.00 | $20,511.59 | 100% | $1,454.28 | $1,454.28 | $0.00 |
| 2N420276 | 06/01/2022 | PSR | Transferred | $30,300.00 | $12,765.29 | 100% | $1,028.94 | $1,028.94 | $0.00 |
| 2N420277 | 05/01/2022 | PSR | Transferred | $19,350.00 | $9,036.91 | 85% | $538.19 | $538.19 | $0.00 |
| 2N420282 | 05/01/2022 | PSR | Closed | $26,200.00 | $11,010.13 | 100% | $781.92 | $781.92 | $0.00 |
| 2N420294 | 06/01/2022 | PSR | Transferred | $53,900.00 | $22,813.66 | 100% | $1,835.11 | $1,475.80 | $359.31 |
| 2N420303 | 07/01/2022 | PSR | Active | $115,698.00 | $40,100.43 | 100% | $2,267.31 | $1,635.73 | $631.58 |
| 2N420304 | 06/01/2022 | PSR | Transferred | $56,350.00 | $22,689.08 | 100% | $1,866.26 | $1,866.26 | $0.00 |
| 2N420308 | 06/01/2022 | PSC | Closed | $68,110.00 | $10,274.42 | 100% | $734.79 | $734.79 | $0.00 |
| 2N420333 | 07/01/2022 | PSC | Transferred | $7,750.00 | $2,579.95 | 85% | $197.50 | $162.95 | $34.55 |
| 2N420337 | 07/01/2022 | PSC | Transferred | $12,700.00 | $5,698.64 | 100% | $446.94 | $446.94 | $0.00 |
| 2N420343 | 08/01/2022 | PSR | Active | $94,450.00 | $36,915.32 | 85% | $2,616.25 | $2,122.05 | $494.20 |
| 2N420370 | 08/01/2022 | PSC | Active | $64,150.00 | $10,541.92 | 85% | $1,221.14 | $992.63 | $228.51 |
| 2N420387 | 09/01/2022 | PSC | Transferred | $6,100.00 | $1,875.05 | 100% | $175.88 | $175.88 | $0.00 |
| 2N910076 | 07/01/2022 | PSR | Transferred | $121,434.00 | $38,164.16 | 19% | $422.55 | $422.55 | $0.00 |
| 2N910095 | 09/01/2022 | PSC | Active | $180,393.97 | $49,839.37 | 20% | $584.27 | $429.55 | $154.72 |
| 3N420005 | 09/01/2022 | PSC | Transferred, | $8,025.00 | $3,280.29 | 87% | $233.68 | $188.63 | $45.05 |
| 3N420006 | 09/01/2022 | PSR | Transferred | $99,750.00 | $46,421.37 | 85% | $3,047.43 | $2,425.96 | $621.47 |
| 3N420021 | 11/01/2022 | PSC | Transferred | $10,515.00 | $59.73 | 100% | $44.75 | $43.81 | $0.94 |
| 3N420022 | 10/01/2022 | PSR | Active | $296,543.00 | $75,938.69 | 100% | $4,603.41 | $3,407.38 | $1,196.03 |
| 3N420027 | 10/01/2022 | PSC | Active | $104,350.00 | $36,137.01 | 100% | $3,191.42 | $2,622.26 | $569.16 |
| 3N420028 | 11/01/2022 | PSR | Active | $95,500.00 | $34,008.44 | 100% | $2,962.88 | $2,427.25 | $535.63 |
| 3N420029 | 12/01/2022 | PSC | Active | $5,450.00 | $1,023.69 | 100% | $67.87 | $51.74 | $16.13 |
| 3N420034 | 11/01/2022 | PSC | Transferred | $3,450.00 | $1,119.98 | 100% | $64.20 | $64.20 | $0.00 |
| 3N420035 | 04/01/2023 | PSC | Active | $24,861.10 | $4,042.53 | 100% | $308.70 | $245.03 | $63.67 |
| 3N420036 | 11/01/2022 | PSC | Active | $47,866.00 | $7,229.50 | 100% | $516.79 | $402.92 | $113.87 |

Report Generation Date: January 02, 2024        Page 2 of 4        Questions?

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 2 of 4   Document 1-1

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Daniel Novin | **Job Code** | : J07683 |
| **Employee ID** | : 1644837 | **Plan (SCPJ)** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/12/2012 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420038 | 11/01/2022 | PSR | Transferred | $16,250.00 | $9,011.09 | 100% | $649.25 | $649.25 | $0.00 |
| 3N420039 | 11/01/2022 | PSC | Active | $210,000.00 | $73,777.14 | 100% | $6,469.97 | $5,307.98 | $1,161.99 |
| 3N420056 | 11/01/2022 | Prime | Transferred | $33,350.00 | $14,964.77 | 100% | $1,173.66 | $1,173.66 | $0.00 |
| 3N420057 | 11/01/2022 | Prime | Transferred | $4,720.00 | $1,926.55 | 100% | $157.49 | $157.49 | $0.00 |
| 3N420058 | 12/01/2022 | PSC | Transferred | $1,840.00 | $1,194.68 | 100% | $81.36 | $81.36 | $0.00 |
| 3N420072 | 12/01/2022 | PSR | Active | $130,650.00 | $49,080.93 | 100% | $4,168.39 | $3,395.37 | $773.02 |
| 3N420077 | 01/01/2023 | PSR | Active | $32,850.00 | $7,823.47 | 100% | $844.81 | $721.59 | $123.22 |
| 3N420099 | 02/01/2023 | PSC | Transferred | $9,850.00 | $3,481.68 | 100% | $345.04 | $345.04 | $0.00 |
| 3N420100 | 02/01/2023 | PSC | Active | $12,350.00 | $4,464.96 | 100% | $437.10 | $366.78 | $70.32 |
| 3N420101 | 02/01/2023 | PSC | Active | $187,500.00 | $73,455.92 | 90% | $6,202.33 | $4,762.14 | $1,440.19 |
| 3N420102 | 01/01/2023 | PSR | Transferred | $15,750.00 | $5,713.71 | 100% | $493.37 | $493.37 | $0.00 |
| 3N420103 | 02/01/2023 | PSR | Active | $36,188.51 | $14,525.40 | 95% | $1,278.45 | $1,061.11 | $217.34 |
| 3N420104 | 02/01/2023 | PSC | Active | $51,030.00 | $20,236.05 | 87% | $1,640.95 | $1,317.16 | $323.79 |
| 3N420110 | 01/01/2023 | Prime | Active | $95,208.22 | $17,787.44 | 15% | $221.48 | $168.95 | $52.53 |
| 3N420117 | 01/01/2023 | PSC | Active | $15,250.00 | $5,489.26 | 100% | $475.77 | $389.31 | $86.46 |
| 3N420118 | 01/01/2023 | PSR | Active | $26,652.00 | $7,334.81 | 100% | $436.68 | $321.15 | $115.53 |
| 3N420123 | 01/01/2023 | Prime | Active | $438,932.00 | $105,684.56 | 5% | $406.97 | $232.61 | $174.36 |
| 3N420131 | 02/01/2023 | PSR | Transferred | $6,250.00 | $1,682.28 | 100% | $195.25 | $195.25 | $0.00 |
| 3N420132 | 02/01/2023 | PSR | Active | $49,550.00 | $24,700.41 | 100% | $2,059.18 | $1,670.15 | $389.03 |
| 3N420141 | 02/01/2023 | PSR | Active | $3,450.00 | $1,495.84 | 100% | $133.28 | $109.71 | $23.57 |
| 3N420145 | 02/01/2023 | PSR | Active | $62,575.00 | $18,370.16 | 85% | $1,719.88 | $1,473.96 | $245.92 |
| 3N420166 | 04/01/2023 | PSC | Active | $3,450.00 | $1,409.60 | 100% | $129.39 | $107.19 | $22.20 |
| 3N420167 | 03/01/2023 | Prime | Active | $360,360.00 | $144,864.79 | 5% | $774.99 | $632.39 | $142.60 |
| 3N420175 | 03/01/2023 | PSC | Active | $252,352.00 | $36,423.17 | 50% | $1,463.02 | $889.36 | $573.66 |
| 3N420176 | 03/01/2023 | PSC | Active | $30,491.20 | $6,632.24 | 100% | $453.96 | $349.50 | $104.46 |
| 3N420178 | 04/01/2023 | PSC | Transferred | $5,450.00 | $1,992.57 | 100% | $193.92 | $193.92 | $0.00 |
| 3N420197 | 04/01/2023 | PSC | Active | $85,650.00 | $31,262.62 | 75% | $2,283.65 | $1,914.36 | $369.29 |
| 3N420202 | 04/01/2023 | PSR | Active | $11,700.00 | $2,954.59 | 100% | $192.63 | $146.09 | $46.54 |

Report Generation Date: January 02, 2024    Page 3 of 4    Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 3 of 4    Document 1-1

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Daniel Novin | **Job Code** | : J07683 |
| **Employee ID** | : 1644837 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/12/2012 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420216 | 04/01/2023 | PSC | Active | $5,200.00 | $1,540.84 | 100% | $168.79 | $120.25 | $48.54 |
| 3N420218 | 04/01/2023 | PSC | Active | $9,250.00 | $2,770.71 | 100% | $301.57 | $257.93 | $43.64 |
| 3N420225 | 05/01/2023 | Prime | Active | $977,125.00 | $290,976.42 | 30% | $6,778.98 | $4,640.57 | $2,138.41 |
| 3N420232 | 05/01/2023 | Prime | Active | $69,850.00 | $19,898.19 | 100% | $1,251.65 | $938.25 | $313.40 |
| 3N420251 | 06/01/2023 | PSC | Active | $182,485.00 | $61,885.64 | 85% | $5,333.64 | $3,676.65 | $1,656.99 |
| 3N420252 | 06/01/2023 | PSC | Active | $241,250.00 | $82,260.20 | 85% | $7,068.28 | $4,865.77 | $2,202.51 |
| 3N420285 | 06/01/2023 | PSR | Active | $3,650.00 | $1,447.55 | 100% | $134.93 | $89.33 | $45.60 |
| 3N420286 | 06/01/2023 | PSC | Active | $1,570.00 | $239.36 | 100% | $18.78 | $11.24 | $7.54 |
| 3N420289 | 06/01/2023 | Prime | Active | $34,100.00 | $13,781.36 | 100% | $1,272.32 | $838.21 | $434.11 |
| 3N420290 | 06/01/2023 | Prime | Active | $6,500.00 | $2,422.82 | 100% | $233.34 | $157.02 | $76.32 |
| 3N420292 | 08/01/2023 | PSR | Active | $14,830.00 | $5,309.29 | 100% | $522.53 | $355.29 | $167.24 |
| 3N420293 | 06/01/2023 | PSC | Active | $489,687.00 | $189,074.17 | 100% | $17,873.59 | $11,917.75 | $5,955.84 |
| 3N420302 | 07/01/2023 | PSC | Active | $1,300.00 | $468.00 | 100% | $45.92 | $31.18 | $14.74 |
| 3N420305 | 08/01/2023 | PSC | Active | $48,520.00 | $14,342.25 | 100% | $1,573.34 | $1,121.56 | $451.78 |
| 3N420332 | 08/01/2023 | PSC | Active | $7,800.00 | $2,795.00 | 100% | $274.95 | $186.91 | $88.04 |
| 3N420333 | 08/01/2023 | PSR | Active | $12,500.00 | $4,085.51 | 100% | $247.60 | $118.90 | $128.70 |
| 3N420334 | 08/01/2023 | PSR | Active | $92,320.00 | $35,572.88 | 100% | $3,366.39 | $2,245.84 | $1,120.55 |
| 3N420337 | 08/01/2023 | PSR | Active | $28,290.00 | $5,494.00 | 100% | $391.51 | $218.45 | $173.06 |
| 3N420345 | 08/01/2023 | Prime | Active | $131,978.00 | $48,334.48 | 5% | $270.54 | $185.30 | $85.24 |
| 3N420346 | 08/01/2023 | PSC | Active | $225,000.00 | $35,848.21 | 100% | $2,760.67 | $1,631.45 | $1,129.22 |
| 3N550093 | 06/01/2023 | PSC | Active | $134,500.00 | $40,723.52 | 30% | $1,321.44 | $936.61 | $384.83 |
| 3N910007 | 10/01/2022 | PSR | Transferred | $30,056.07 | $12,171.79 | 20% | $199.70 | $199.70 | $0.00 |
| 3N910075 | 09/30/2023 | PSR | Active | $19,430.00 | $7,772.00 | 20% | $144.27 | $95.31 | $48.96 |
| 4N420003 | 09/30/2023 | PSC | Active | $177,773.30 | $51,553.39 | 100% | $5,719.80 | $4,095.87 | $1,623.93 |
| **Total** | | | | | | | **$181,428.03** | **$140,857.91** | **$40,570.15** |

Report Generation Date: January 02, 2024    Page 4 of 4    Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 4 of 4    Document 1-1