# Contract Incentive Detail - HVAC

**Period:** September 2023

**EXHIBIT B**



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Stewart Swander | **Job Code** | : J07683 |
| **Employee ID** | : 3116318 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/3/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 0N0Q0229 | 03/01/2021 | PSR | Active | $4,293,105.00 | $799,058.30 | 4% | $2,007.08 | $1,755.38 | $251.70 |
| 1-128639067410 | 04/01/2023 | L&M | Closed | $13,811.00 | $6,905.29 | 70% | $514.79 | $514.79 | $0.00 |
| 1-129773465379 | 07/01/2023 | L&M | Closed | $24,626.00 | $11,077.22 | 75% | $646.22 | $646.22 | $0.00 |
| 1-130322031502 | 08/01/2023 | L&M | Closed | $56,148.00 | $28,411.03 | 100% | $2,578.59 | $2,578.59 | $0.00 |
| 1-130902337194 | 09/01/2023 | L&M | Closed | $43,586.00 | $13,722.11 | 100% | $925.83 | $925.83 | $0.00 |
| 1N420066 | 12/01/2020 | PSC | Closed | $94,645.00 | $9,735.32 | 100% | $1,213.91 | $1,213.91 | $0.00 |
| 1N420091 | 12/01/2020 | PSC | Closed | $90,000.00 | $13,632.47 | 50% | $711.70 | $711.70 | $0.00 |
| 1N420365 | 08/01/2021 | PSR | Transferred | $187,858.00 | $67,513.04 | 100% | $5,279.20 | $3,825.98 | $1,453.22 |
| 1N420366 | 08/01/2021 | PSR | Active | $26,270.00 | $6,476.13 | 100% | $555.90 | $416.50 | $139.40 |
| 1N420391 | 08/01/2021 | PSR | Closed | $291,649.00 | $49,095.37 | 38% | $1,581.03 | $1,581.03 | $0.00 |
| 1N420399 | 09/01/2021 | PSR | Closed | $150,949.00 | $55,165.82 | 90% | $3,868.56 | $3,868.56 | $0.00 |
| 1N420409 | 09/01/2021 | PSR | Active | $77,480.00 | $30,957.87 | 100% | $2,368.79 | $1,702.42 | $666.37 |
| 1N420422 | 11/01/2022 | PSR | Transferred | $808,739.31 | $193,189.35 | 1% | $13,298.80 | $9,917.98 | $3,380.82 |
| 1N420423 | 11/01/2022 | PSC | Active | $669,452.00 | $228,264.55 | 4% | $22,710.22 | $18,715.59 | $3,994.63 |
| 2N420011 | 10/01/2021 | PSR | Closed | $204,157.00 | $98,518.49 | 95% | $6,919.64 | $6,919.64 | $0.00 |
| 2N420023 | 01/01/2022 | PSC | Active | $253,124.00 | $51,222.79 | 100% | $5,162.70 | $3,435.13 | $1,727.57 |
| 2N420059 | 11/01/2021 | PSR | Closed | $68,221.00 | $31,663.46 | 100% | $2,356.62 | $2,356.62 | $0.00 |
| 2N420083 | 11/01/2021 | PSR | Transferred | $242,129.00 | $108,537.54 | 100% | $8,127.84 | $5,791.57 | $2,336.27 |
| 2N420103 | 12/01/2021 | PSR | Closed | $95,424.00 | $45,761.47 | 100% | $3,386.88 | $3,386.88 | $0.00 |
| 2N420142 | 01/01/2022 | Prime | Closed | $3,848.00 | $1,518.05 | 85% | $115.55 | $115.55 | $0.00 |
| 2N420144 | 01/01/2022 | PSR | Transferred | $34,174.00 | $11,245.47 | 47% | $387.73 | $387.73 | $0.00 |
| 2N420150 | 01/01/2022 | PSR | Closed | $74,860.00 | $26,528.57 | 15% | $289.65 | $289.65 | $0.00 |
| 2N420213 | 03/01/2022 | PSC | Transferred | $223,889.00 | $47,261.32 | 100% | $3,802.13 | $2,784.83 | $1,017.30 |
| 2N420220 | 03/01/2022 | PSR | Active | $101,727.00 | $40,265.42 | 88% | $2,529.17 | $1,768.89 | $760.28 |
| 2N420229 | 04/01/2022 | PSC | Active | $189,127.54 | $16,930.52 | 100% | $1,797.74 | $1,428.41 | $369.33 |

Report Generation Date: December 13, 2023    Page 1 of 4    Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 1 of 4    Document 1-2

# Contract Incentive Detail - HVAC

**Period:** September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Stewart Swander | **Job Code** | : J07683 |
| **Employee ID** | : 3116318 | **Plan (SCPJ)** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/3/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420230 | 03/01/2022 | PSR | Transferred | $155,276.00 | $46,781.96 | 85% | $2,973.47 | $2,973.47 | $0.00 |
| 2N420234 | 04/01/2022 | PSC | Closed | $30,110.00 | $3,518.71 | 100% | $336.84 | $336.84 | $0.00 |
| 2N420245 | 04/01/2022 | PSR | Closed | $10,976.00 | $4,301.50 | 90% | $277.60 | $277.60 | $0.00 |
| 2N420259 | 05/01/2022 | PSR | Active | $28,284.00 | $14,348.60 | 85% | $846.24 | $583.72 | $262.52 |
| 2N420261 | 05/01/2022 | PSR | Transferred | $72,887.00 | $36,672.51 | 90% | $2,423.41 | $1,712.98 | $710.43 |
| 2N420263 | 05/01/2022 | PSR | Active | $23,782.00 | $9,169.59 | 100% | $659.06 | $461.68 | $197.38 |
| 2N420267 | 11/01/2022 | PSR | Active | $446,918.00 | $113,899.09 | 3% | $7,706.08 | $5,712.85 | $1,993.23 |
| 2N420275 | 05/01/2022 | PSR | Transferred | $42,529.00 | $18,018.54 | 85% | $1,086.52 | $1,086.52 | $0.00 |
| 2N420283 | 05/01/2022 | PSR | Transferred | $6,780.00 | $2,069.32 | 100% | $154.38 | $154.38 | $0.00 |
| 2N420313 | 06/01/2022 | Prime | Active | $115,676.00 | $53,578.12 | 6% | $291.87 | $228.58 | $63.29 |
| 2N420352 | 08/01/2022 | PSR | Closed | $2,716.00 | $1,021.93 | 100% | $86.71 | $86.72 | $-0.01 |
| 2N420366 | 08/01/2022 | PSR | Active | $101,235.00 | $44,356.00 | 90% | $3,175.03 | $2,543.91 | $631.12 |
| 2N420367 | 08/01/2022 | PSR | Transferred | $17,185.00 | $7,514.81 | 90% | $536.36 | $536.36 | $0.00 |
| 2N420375 | 08/01/2022 | PSR | Transferred | $45,428.00 | $16,463.50 | 90% | $830.31 | $830.31 | $0.00 |
| 2N420403 | 09/01/2022 | PSR | Active | $61,873.00 | $15,115.22 | 100% | $927.67 | $689.61 | $238.06 |
| 2N420404 | 09/01/2022 | PSR | Transferred | $4,855.00 | $1,746.94 | 100% | $98.03 | $98.03 | $0.00 |
| 2N420408 | 09/01/2022 | PSR | Transferred | $14,056.00 | $5,538.90 | 100% | $460.08 | $372.84 | $87.24 |
| 2N420409 | 09/01/2022 | Prime | Transferred | $16,685.00 | $7,339.20 | 100% | $397.00 | $397.00 | $0.00 |
| 2N420413 | 09/01/2022 | PSR | Active | $76,012.00 | $29,578.31 | 85% | $2,100.52 | $1,544.23 | $556.29 |
| 2N420419 | 09/01/2022 | PSR | Active | $62,970.00 | $28,204.21 | 100% | $2,213.74 | $1,769.52 | $444.22 |
| 2N420423 | 09/01/2022 | PSR | Active | $91,285.00 | $37,078.39 | 100% | $3,037.80 | $2,343.20 | $694.60 |
| 2N420424 | 09/01/2022 | PSR | Transferred | $58,742.00 | $21,911.64 | 85% | $1,037.84 | $1,037.84 | $0.00 |
| 2N420431 | 09/01/2022 | PSR | Transferred | $36,053.00 | $16,007.19 | 92% | $1,162.12 | $929.80 | $232.32 |
| 3EA80075 | 12/01/2022 | PSC | Active | $444,900.00 | $123,790.37 | 15% | $2,805.34 | $2,480.39 | $324.95 |

Report Generation Date: December 13, 2023　　Page 2 of 4　　Questions?

Case 2:24-cv-00046-PP　Filed 01/12/24　Page 2 of 4　Document 1-2

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Stewart Swander | **Job Code** | : J07683 |
| **Employee ID** | : 3116318 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/3/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420003 | 09/01/2022 | PSR | Active | $116,624.00 | $50,018.80 | 100% | $4,000.22 | $3,212.43 | $787.79 |
| 3N420004 | 09/01/2022 | PSR | Active | $106,105.00 | $49,084.87 | 100% | $3,800.39 | $2,639.89 | $1,160.50 |
| 3N420025 | 11/01/2022 | PSR | Active | $42,773.00 | $16,679.91 | 100% | $1,555.80 | $1,189.92 | $365.88 |
| 3N420046 | 11/01/2022 | PSR | Active | $977,355.00 | $524,270.00 | 100% | $42,706.38 | $33,531.66 | $9,174.72 |
| 3N420047 | 12/01/2022 | PSR | Active | $635,948.00 | $278,611.08 | 100% | $24,662.19 | $14,910.81 | $9,751.38 |
| 3N420055 | 12/01/2022 | PSR | Transferred | $2,954.00 | $1,008.31 | 100% | $100.25 | $100.26 | $-0.01 |
| 3N420059 | 11/01/2022 | PSC | Active | $243,115.00 | $133,438.23 | 100% | $10,774.49 | $6,104.15 | $4,670.34 |
| 3N420075 | 12/01/2022 | PSR | Active | $167,293.00 | $90,914.42 | 90% | $6,631.92 | $5,200.03 | $1,431.89 |
| 3N420093 | 02/01/2023 | PSR | Active | $56,584.00 | $23,427.41 | 85% | $1,987.65 | $1,639.17 | $348.48 |
| 3N420095 | 01/01/2023 | PSC | Active | $145,721.00 | $50,723.64 | 100% | $4,995.21 | $4,097.91 | $897.30 |
| 3N420108 | 01/01/2023 | PSR | Active | $5,027.00 | $2,095.84 | 80% | $151.71 | $105.61 | $46.10 |
| 3N420120 | 01/01/2023 | PSR | Active | $110,825.00 | $44,573.03 | 90% | $3,688.94 | $2,986.91 | $702.03 |
| 3N420130 | 01/01/2023 | Prime | Transferred | $2,982.00 | $934.55 | 90% | $67.67 | $67.66 | $0.01 |
| 3N420149 | 02/01/2023 | Prime | Active | $4,365.00 | $2,341.28 | 5% | $12.12 | $9.55 | $2.57 |
| 3N420159 | 02/01/2023 | PSR | Active | $14,750.25 | $9,073.55 | 5% | $37.91 | $29.97 | $7.94 |
| 3N420175 | 03/01/2023 | PSC | Active | $252,352.00 | $36,423.17 | 50% | $1,604.55 | $967.14 | $637.41 |
| 3N420181 | 03/01/2023 | PSR | Active | $59,435.00 | $22,308.46 | 90% | $2,107.13 | $1,404.41 | $702.72 |
| 3N420192 | 04/01/2023 | PSR | Active | $7,093.00 | $2,586.65 | 100% | $275.62 | $185.09 | $90.53 |
| 3N420199 | 04/01/2023 | PSR | Active | $129,890.00 | $62,451.96 | 95% | $5,511.52 | $4,283.70 | $1,227.82 |
| 3N420201 | 04/01/2023 | PSR | Active | $3,585.00 | $1,266.18 | 100% | $137.26 | $92.94 | $44.32 |
| 3N420219 | 05/01/2023 | PSR | Active | $85,698.00 | $40,981.97 | 100% | $3,816.62 | $2,382.26 | $1,434.36 |
| 3N420226 | 05/01/2023 | PSR | Active | $7,630.00 | $2,540.67 | 40% | $67.60 | $32.03 | $35.57 |

Report Generation Date: December 13, 2023    Page 3 of 4    Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 3 of 4    Document 1-2

# Contract Incentive Detail - HVAC

**Period:** September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Stewart Swander | **Job Code** | : J07683 |
| **Employee ID** | : 3116318 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/3/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420229 | 05/01/2023 | Prime | Active | $6,871.00 | $1,552.84 | 100% | $115.43 | $88.26 | $27.17 |
| 3N420237 | 05/01/2023 | PSR | Active | $19,537.00 | $7,814.83 | 90% | $714.33 | $544.12 | $170.21 |
| 3N420239 | 05/01/2023 | PSR | Active | $6,883.00 | $2,729.40 | 100% | $278.45 | $230.69 | $47.76 |
| 3N420240 | 06/01/2023 | PSR | Active | $189,094.00 | $96,287.38 | 100% | $8,714.44 | $7,029.42 | $1,685.02 |
| 3N420241 | 08/01/2023 | PSR | Active | $123,325.00 | $58,077.76 | 85% | $4,630.33 | $2,902.52 | $1,727.81 |
| 3N420248 | 05/01/2023 | PSR | Active | $10,998.00 | $3,609.42 | 100% | $240.96 | $114.63 | $126.33 |
| 3N420250 | 07/01/2023 | PSR | Active | $195,078.00 | $94,178.96 | 100% | $8,732.44 | $5,436.17 | $3,296.27 |
| 3N420255 | 06/01/2023 | PSR | Active | $15,331.00 | $6,351.24 | 100% | $633.76 | $411.47 | $222.29 |
| 3N420257 | 06/01/2023 | PSR | Active | $4,344.00 | $1,389.99 | 100% | $93.39 | $44.74 | $48.65 |
| 3N420261 | 06/01/2023 | PSR | Active | $18,944.00 | $7,941.98 | 90% | $709.03 | $458.86 | $250.17 |
| 3N420271 | 06/01/2023 | PSR | Active | $3,313.00 | $1,253.60 | 100% | $131.01 | $87.13 | $43.88 |
| 3N420273 | 06/01/2023 | PSR | Active | $4,449.00 | $0.00 | 100% | $-15.48 | $-5.78 | $-9.70 |
| 3N420276 | 06/01/2023 | PSR | Active | $6,308.00 | $2,448.23 | 100% | $252.50 | $166.81 | $85.69 |
| 3N420299 | 06/01/2023 | Prime | Active | $3,938.00 | $1,751.72 | 5% | $9.79 | $7.88 | $1.91 |
| 3N420304 | 07/01/2023 | PSR | Active | $27,390.00 | $8,157.28 | 90% | $502.66 | $245.70 | $256.96 |
| 3N420306 | 07/01/2023 | PSR | Active | $3,964.00 | $1,110.35 | 100% | $77.32 | $38.46 | $38.86 |
| 3N420319 | 08/01/2023 | PSR | Active | $44,618.00 | $19,845.36 | 100% | $1,912.52 | $1,217.93 | $694.59 |
| 3N420326 | 08/01/2023 | PSR | Active | $56,479.00 | $18,469.32 | 100% | $1,234.10 | $587.67 | $646.43 |
| 3N420347 | 09/30/2023 | Prime | Active | $87,137.00 | $30,497.95 | 100% | $2,004.15 | $936.72 | $1,067.43 |
| 3N420353 | 09/01/2023 | PSR | Active | $10,528.00 | $3,684.87 | 100% | $401.37 | $272.40 | $128.97 |
| **Total** | | | | | | | **$278,825.90** | **$212,217.06** | **$66,608.88** |

Report Generation Date: December 13, 2023    Page 4 of 4    Questions?

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 4 of 4   Document 1-2