# Contract Incentive Detail - HVAC

**Period** : September 2023

EXHIBIT C



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $3,496.36 | $3,496.36 | $0.00 |
| | | | | | | | $23,909.00 | $23,909.00 | $0.00 |
| 1-115492217482 | 02/01/2022 | PSA | Active | $34,458.00 | $11,478.58 | 100% | $1,136.38 | $852.28 | $284.10 |
| 1-120891685696 | 10/01/2022 | L&M | Closed | $16,549.00 | $5,699.80 | 100% | $359.46 | $359.46 | $0.00 |
| 1-121783736356 | 04/01/2023 | L&M | Closed | $4,547.36 | $2,852.81 | 100% | $236.43 | $236.43 | $0.00 |
| 1-121965471481 | 12/01/2022 | L&M | Closed | $1,457.00 | $1,391.17 | 100% | $94.16 | $94.16 | $0.00 |
| 1-123134654190 | 11/01/2022 | L&M | Closed | $29,630.00 | $15,334.93 | 100% | $1,266.77 | $1,266.78 | $-0.01 |
| 1-124619226062 | 01/01/2023 | L&M | Closed | $11,098.19 | $4,043.99 | 100% | $252.14 | $252.14 | $0.00 |
| 1-127298403977 | 07/01/2023 | L&M | Closed | $3,357.00 | $2,308.71 | 100% | $184.66 | $184.67 | $-0.01 |
| 1-127483594287 | 02/01/2023 | PSA | Active | $3,357.00 | $1,711.34 | 95% | $301.79 | $226.34 | $75.45 |
| 1-127514122335 | 02/01/2023 | PSA | Active | $90,896.00 | $45,435.86 | 0% | $0.00 | $0.00 | $0.00 |
| 1-127633569901 | 05/01/2023 | L&M | Closed | $9,212.00 | $5,725.83 | 100% | $476.30 | $476.30 | $0.00 |
| 1-128547980111 | 04/01/2023 | L&M | Closed | $6,283.00 | $3,165.20 | 100% | $287.86 | $287.86 | $0.00 |
| 1-128663599331 | 05/01/2023 | L&M | Closed | $1,898.00 | $1,019.89 | 100% | $90.14 | $90.14 | $0.00 |
| 1-128753012330 | 04/01/2023 | PSA | Active | $25,486.00 | $16,979.66 | 100% | $2,101.24 | $1,575.93 | $525.31 |
| 1-129840834109 | 08/01/2023 | L&M | Closed | $5,477.33 | $2,742.90 | 100% | $250.13 | $250.14 | $-0.01 |
| 1-131127801834 | 09/01/2023 | L&M | Closed | $4,821.00 | $3,800.61 | 100% | $289.48 | $289.48 | $0.00 |
| 1N420090 | 12/01/2020 | PSR | Transferred | $54,166.39 | $17,781.50 | 100% | $1,426.22 | $1,426.22 | $0.00 |
| 1N420142 | 03/01/2021 | Prime | Active | $96,330.00 | $35,629.64 | 100% | $2,802.86 | $1,973.58 | $829.28 |
| 1N420144 | 03/01/2021 | Prime | Active | $81,964.00 | $30,763.43 | 100% | $2,599.03 | $1,883.01 | $716.02 |

| Contract Number | | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1N420145 | | NSC KC C-Cure Transition Main | 03/01/2021 | Prime | Active | $374,227.13 | $128,488.70 | 100% | $11,070.53 | $8,079.95 | $2,990.58 |

# Contract Incentive Detail - HVAC

**Period** : September 2023

## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 1N420211 | 04/01/2021 | PSR | Transferred | $174,781.00 | $102,329.42 | 80% | $6,387.74 | $6,387.75 | $-0.01 |
| 1N420284 | 06/01/2021 | Prime | Closed | $47,200.00 | $17,922.27 | 100% | $1,510.43 | $1,510.43 | $0.00 |
| 1N420299 | 06/01/2021 | PSR | Transferred | $136,586.21 | $27,701.82 | 100% | $2,456.81 | $2,456.81 | $0.00 |
| 1N420307 | 06/01/2021 | Prime | Closed | $54,026.00 | $16,084.04 | 20% | $286.85 | $286.85 | $0.00 |
| 1N420324 | 07/01/2021 | PSR | Transferred | $61,637.00 | $19,496.74 | 100% | $1,573.90 | $1,573.90 | $0.00 |
| 1N420363 | 08/01/2021 | Prime | Closed | $156,205.00 | $53,468.43 | 100% | $4,258.57 | $4,258.57 | $0.00 |
| 1N420390 | 08/01/2021 | Prime | Closed | $42,173.00 | $11,609.40 | 100% | $1,056.70 | $1,056.70 | $0.00 |
| 1N420406 | 09/01/2021 | Prime | Active | $55,478.00 | $13,271.88 | 20% | $226.45 | $164.67 | $61.78 |
| 1N420420 | 09/01/2021 | Prime | Transferred | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 2N420022 | 10/01/2021 | PSR | Closed | $24,051.00 | $11,635.07 | 100% | $936.08 | $936.08 | $0.00 |
| 2N420045 | 10/01/2021 | Prime | Closed | $54,549.00 | $16,703.06 | 100% | $1,356.22 | $1,356.22 | $0.00 |
| 2N420048 | 10/01/2021 | PSR | Closed | $39,479.00 | $18,571.20 | 100% | $1,501.47 | $1,501.47 | $0.00 |
| 2N420051 | 11/01/2021 | PSR | Closed | $21,781.00 | $10,904.50 | 15% | $123.47 | $123.47 | $0.00 |
| 2N420084 | 11/01/2021 | PSR | Closed | $43,977.00 | $16,910.49 | 100% | $1,322.45 | $1,322.45 | $0.00 |
| 2N420085 | 11/01/2021 | Prime | Active | $190,042.00 | $54,240.04 | 100% | $4,462.15 | $3,199.72 | $1,262.43 |
| 2N420086 | 11/01/2021 | Prime | Active | $85,511.00 | $25,862.80 | 100% | $2,104.68 | $1,502.72 | $601.96 |
| 2N420142 | 01/01/2022 | Prime | Closed | $3,848.00 | $1,518.05 | 15% | $22.18 | $22.17 | $0.01 |
| 2N420144 | 01/01/2022 | PSR | Transferred | $34,174.00 | $11,245.47 | 53% | $479.57 | $479.57 | $0.00 |

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420148 | 01/01/2022 | PSR | Transferred | $6,674.00 | $2,696.37 | 100% | $209.34 | $209.34 | $0.00 |
| 2N420166 | 02/01/2022 | PSR | Transferred | $32,787.00 | $14,412.32 | 100% | $1,105.96 | $770.51 | $335.45 |
| 2N420173 | 02/01/2022 | Prime | Active | $795,076.89 | $214,521.60 | 100% | $17,843.54 | $12,850.55 | $4,992.99 |
| 2N420179 | 02/01/2022 | PSR | Closed | $26,796.00 | $11,687.98 | 100% | $958.12 | $958.12 | $0.00 |
| 2N420185 | 02/01/2022 | PSR | Closed | $14,321.00 | $8,791.09 | 100% | $681.27 | $681.27 | $0.00 |
| 2N420189 | 02/01/2022 | PSR | Transferred | $15,165.00 | $8,602.54 | 100% | $674.43 | $674.43 | $0.00 |



# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420192 | 03/01/2022 | PSR | Transferred | $14,321.00 | $8,646.61 | 100% | $671.66 | $671.66 | $0.00 |
| 2N420198 | 03/01/2022 | PSR | Transferred | $14,321.00 | $8,549.14 | 100% | $665.18 | $665.18 | $0.00 |
| 2N420200 | 03/01/2022 | PSR | Transferred | $14,321.00 | $8,572.86 | 100% | $666.76 | $666.76 | $0.00 |
| 2N420201 | 03/01/2022 | PSR | Transferred | $15,165.00 | $9,069.64 | 100% | $705.49 | $705.49 | $0.00 |
| 2N420206 | 03/01/2022 | PSR | Active | $20,190.00 | $8,654.47 | 100% | $711.81 | $510.38 | $201.43 |
| 2N420222 | 03/01/2022 | Prime | Active | $956,528.00 | $236,075.80 | 90% | $18,003.08 | $13,057.88 | $4,945.20 |
| 2N420245 | 04/01/2022 | PSR | Closed | $10,976.00 | $4,301.50 | 10% | $33.54 | $33.54 | $0.00 |
| 2N420254 | 04/01/2022 | Prime | Closed | $21,891.00 | $7,207.13 | 100% | $577.78 | $577.78 | $0.00 |
| 2N420255 | 04/01/2022 | Prime | Transferred | $43,776.00 | $4,938.16 | 80% | $420.30 | $420.30 | $0.00 |
| 2N420256 | 04/01/2022 | PSR | Transferred | $59,992.00 | $20,145.68 | 100% | $1,609.65 | $1,609.65 | $0.00 |
| 2N420262 | 05/01/2022 | PSR | Transferred | $6,994.00 | $4,611.81 | 100% | $338.16 | $338.16 | $0.00 |
| 2N420265 | 05/01/2022 | PSC | Active | $294,606.00 | $94,005.64 | 44% | $7,577.11 | $5,389.12 | $2,187.99 |
| 2N420266 | 05/01/2022 | PSC | Active | $232,712.00 | $79,998.06 | 100% | $6,367.07 | $4,505.12 | $1,861.95 |

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420278 | 07/01/2022 | PSR | Transferred | $14,321.00 | $9,535.55 | 100% | $718.43 | $718.43 | $0.00 |
| 2N420284 | 06/01/2022 | Prime | Closed | $94,656.00 | $30,269.12 | 100% | $1,939.41 | $1,939.41 | $0.00 |
| 2N420297 | 06/01/2022 | PSR | Transferred | $35,984.00 | $12,202.68 | 100% | $772.06 | $558.52 | $213.54 |
| 2N420299 | 06/01/2022 | PSC | Active | $82,264.00 | $27,392.14 | 20% | $551.57 | $455.70 | $95.87 |
| 2N420311 | 09/01/2022 | PSR | Transferred | $105,134.00 | $32,956.22 | 8% | $212.09 | $212.09 | $0.00 |
| 2N420312 | 06/01/2022 | PSR | Transferred | $38,613.00 | $12,819.20 | 77% | $814.72 | $814.72 | $0.00 |
| 2N420318 | 06/01/2022 | PSR | Closed | $6,500.00 | $3,311.94 | 100% | $275.28 | $275.29 | $-0.01 |
| 2N420329 | 07/01/2022 | Prime | Active | $16,774.00 | $2,816.00 | 100% | $216.28 | $167.00 | $49.28 |

# Contract Incentive Detail - HVAC

**Period** : September 2023



### EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420330 | 07/01/2022 | PSR | Closed | $23,739.00 | $13,491.18 | 100% | $1,075.17 | $1,075.17 | $0.00 |
| 2N420332 | 08/01/2022 | PSR | Transferred | $46,450.00 | $25,496.45 | 100% | $2,058.69 | $2,058.68 | $0.01 |
| 2N420335 | 07/01/2022 | PSR | Active | $49,943.00 | $8,927.15 | 10% | $671.10 | $514.87 | $156.23 |
| 2N420340 | 07/01/2022 | PSC | Active | $672,921.00 | $143,876.10 | 29% | $10,221.95 | $7,704.11 | $2,517.84 |
| 2N420341 | 09/01/2022 | Prime | Active | $1,077,592.00 | $228,070.52 | 100% | $16,252.69 | $12,261.45 | $3,991.24 |
| 2N420353 | 09/01/2022 | PSR | Active | $1.00 | $0.00 | 100% | $0.02 | $0.01 | $0.01 |
| 2N420362 | 08/01/2022 | PSR | Active | $16,731.00 | $6,549.94 | 100% | $402.79 | $288.16 | $114.63 |
| 2N420363 | 08/01/2022 | PSR | Transferred | $6,194.00 | $3,355.65 | 100% | $195.65 | $136.93 | $58.72 |
| 2N420366 | 08/01/2022 | PSR | Active | $101,235.00 | $44,356.00 | 10% | $379.28 | $304.30 | $74.98 |
| 2N420367 | 08/01/2022 | PSR | Transferred | $17,185.00 | $7,514.81 | 10% | $66.56 | $66.56 | $0.00 |

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420370 | 08/01/2022 | PSC | Active | $64,150.00 | $10,541.92 | 15% | $241.44 | $196.64 | $44.80 |
| 2N420376 | 08/01/2022 | Prime | Closed | $18,638.00 | $5,174.93 | 100% | $342.62 | $342.62 | $0.00 |
| 2N420378 | 08/01/2022 | PSR | Active | $16,320.00 | $7,653.54 | 100% | $658.08 | $524.14 | $133.94 |
| 2N420398 | 08/01/2022 | Prime | Transferred | $114,804.00 | $24,467.02 | 100% | $1,739.97 | $1,739.97 | $0.00 |
| 2N420401 | 09/01/2022 | PSR | Transferred | $16,019.00 | $9,757.34 | 100% | $559.96 | $559.96 | $0.00 |
| 2N420402 | 09/01/2022 | PSR | Active | $323,868.00 | $95,799.91 | 100% | $6,247.41 | $2,894.41 | $3,353.00 |
| 2N420413 | 09/01/2022 | PSR | Active | $76,012.00 | $29,578.31 | 15% | $414.25 | $305.17 | $109.08 |
| 2N420421 | 09/01/2022 | Prime | Transferred | $5,822.34 | $483.67 | 100% | $50.38 | $50.38 | $0.00 |
| 2N420425 | 09/01/2022 | Prime | Transferred | $47,453.26 | $11,090.61 | 100% | $768.07 | $768.07 | $0.00 |
| 2N420426 | 09/01/2022 | PSR | Transferred | $2,782.00 | $1,136.19 | 100% | $103.76 | $103.76 | $0.00 |
| 2N420427 | 09/01/2022 | Prime | Transferred | $186,818.00 | $52,293.62 | 100% | $3,455.36 | $3,455.36 | $0.00 |
| 2N420429 | 10/01/2022 | PSR | Active | $1.00 | $0.00 | 84% | $0.01 | $0.00 | $0.01 |
| 2N420437 | 09/01/2022 | PSR | Transferred | $12,211.00 | $0.00 | 100% | $39.57 | $39.57 | $0.00 |
| 2N420439 | 10/01/2022 | PSR | Active | $218,882.00 | $84,847.31 | 10% | $793.61 | $645.13 | $148.48 |

# Contract Incentive Detail - HVAC

**Period** : September 2023

### EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420440 | 10/01/2022 | PSR | Active | $96,385.00 | $32,150.43 | 90% | $1,837.13 | $1,330.76 | $506.37 |
| 3N420005 | 09/01/2022 | PSC | Transferred, | $8,025.00 | $3,280.29 | 13% | $38.32 | $30.98 | $7.34 |
| 3N420007 | 09/01/2022 | PSR | Transferred | $26,133.00 | $12,324.84 | 100% | $1,057.24 | $1,057.24 | $0.00 |
| 3N420026 | 12/01/2022 | PSR | Active | $26,788.00 | $10,177.58 | 100% | $960.94 | $782.83 | $178.11 |
| 3N420060 | 02/01/2023 | PSR | Active | $70,878.00 | $9,526.26 | 100% | $866.14 | $699.43 | $166.71 |
| 3N420061 | 11/01/2022 | Prime | Active | $23,470.00 | $14,627.38 | 100% | $1,127.44 | $871.47 | $255.97 |
| 3N420071 | 12/01/2022 | PSR | Active | $24,298.00 | $7,600.57 | 100% | $489.37 | $356.36 | $133.01 |

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420075 | 12/01/2022 | PSR | Active | $167,293.00 | $90,914.42 | 10% | $736.87 | $577.77 | $159.10 |
| 3N420091 | 12/01/2022 | Prime | Active | $27,700.00 | $15,706.88 | 100% | $1,252.78 | $977.91 | $274.87 |
| 3N420108 | 01/01/2023 | PSR | Active | $5,027.00 | $2,095.84 | 20% | $37.91 | $26.38 | $11.53 |
| 3N420120 | 01/01/2023 | PSR | Active | $110,825.00 | $44,573.03 | 10% | $409.88 | $331.87 | $78.01 |
| 3N420121 | 01/01/2023 | PSR | Active | $24,631.00 | $13,979.41 | 100% | $1,114.62 | $869.98 | $244.64 |
| 3N420122 | 01/01/2023 | Prime | Transferred | $7,741.75 | $2,832.81 | 100% | $272.29 | $272.29 | $0.00 |
| 3N420124 | 01/01/2023 | Prime | Active | $54,487.00 | $24,241.17 | 100% | $2,131.52 | $1,707.30 | $424.22 |
| 3N420126 | 02/01/2023 | PSC | Active | $309,109.00 | $72,461.72 | 10% | $532.32 | $278.70 | $253.62 |
| 3N420127 | 02/01/2023 | PSC | Active | $192,179.00 | $59,129.87 | 91% | $3,667.51 | $1,776.36 | $1,891.15 |
| 3N420130 | 01/01/2023 | Prime | Transferred | $2,982.00 | $934.55 | 10% | $7.52 | $7.51 | $0.01 |
| 3N420135 | 02/01/2023 | PSC | Transferred | $21,816.00 | $4,410.88 | 10% | $34.05 | $26.34 | $7.71 |
| 3N420137 | 02/01/2023 | Prime | Transferred | $1,421.00 | $809.55 | 100% | $48.30 | $48.30 | $0.00 |
| 3N420138 | 02/01/2023 | PSR | Transferred | $6,753.00 | $3,067.13 | 95% | $277.99 | $277.99 | $0.00 |
| 3N420142 | 02/01/2023 | PSR | Active | $34,528.00 | $14,365.63 | 100% | $1,430.41 | $1,179.01 | $251.40 |

## Contract Incentive Detail - HVAC

**Period** : September 2023

### EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420143 | 02/01/2023 | PSR | Active | $10,388.00 | $4,579.24 | 100% | $443.20 | $363.07 | $80.13 |
| 3N420147 | 02/01/2023 | Prime | Transferred | $10,071.00 | $418.44 | 100% | $76.31 | $76.31 | $0.00 |
| 3N420148 | 02/01/2023 | Prime | Transferred | $70,885.95 | $31,905.81 | 95% | $3,375.93 | $3,375.94 | $-0.01 |

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total | Incentive Paid to | Estimated Remaining |
|---|---|---|---|---|---|---|---|---|---|
| 3N420149 | 02/01/2023 | Prime | Active | $4,365.00 | $2,341.28 | 95% | $230.25 | $181.60 | $48.65 |
| 3N420151 | 02/01/2023 | Prime | Active | $302,554.00 | $62,411.84 | 100% | $4,784.64 | $3,692.43 | $1,092.21 |
| 3N420153 | 02/01/2023 | Prime | Transferred | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 3N420158 | 03/01/2023 | Prime | Transferred | $4,013.98 | $1,625.95 | 100% | $164.10 | $164.10 | $0.00 |
| 3N420159 | 02/01/2023 | PSR | Active | $14,750.25 | $9,073.55 | 95% | $720.01 | $569.16 | $150.85 |
| 3N420163 | 03/01/2023 | PSC | Active | $24,067.00 | $3,588.07 | 10% | $31.18 | $18.62 | $12.56 |
| 3N420164 | 03/01/2023 | PSC | Active | $18,450.00 | $4,798.95 | 90% | $307.28 | $156.12 | $151.16 |
| 3N420165 | 03/01/2023 | Prime | Transferred | $12,034.49 | $5,068.61 | 100% | $501.64 | $501.64 | $0.00 |
| 3N420168 | 03/01/2023 | PSR | Transferred | $28,160.00 | $14,783.86 | 100% | $1,319.99 | $1,319.99 | $0.00 |
| 3N420169 | 03/01/2023 | Prime | Active | $24,350.00 | $9,762.01 | 100% | $990.34 | $819.51 | $170.83 |
| 3N420177 | 04/01/2023 | Prime | Active | $29,822.39 | $10,354.92 | 100% | $1,132.82 | $770.40 | $362.42 |
| 3N420181 | 03/01/2023 | PSR | Active | $59,435.00 | $22,308.46 | 10% | $234.13 | $156.05 | $78.08 |
| 3N420185 | 04/01/2023 | Prime | Active | $3,473.00 | $1,191.38 | 100% | $131.19 | $110.35 | $20.84 |
| 3N420190 | 03/01/2023 | Prime | Active | $48,512.00 | $19,560.28 | 100% | $1,978.59 | $1,636.29 | $342.30 |
| 3N420194 | 04/01/2023 | Prime | Transferred | $3,790.76 | $711.07 | 100% | $56.40 | $56.40 | $0.00 |
| 3N420195 | 04/01/2023 | PSR | Active | $14,321.00 | $6,135.40 | 100% | $602.16 | $494.79 | $107.37 |
| 3N420199 | 04/01/2023 | PSR | Active | $129,890.00 | $62,451.96 | 5% | $290.08 | $225.46 | $64.62 |
| 3N420209 | 04/01/2023 | Prime | Active | $12,403.00 | $6,564.59 | 100% | $584.05 | $469.18 | $114.87 |
| 3N420214 | 04/01/2023 | Prime | Active | $14,826.00 | $6,597.04 | 100% | $635.63 | $404.74 | $230.89 |

Report Generation Date  Page 6 of 9  Questions?

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total | Incentive Paid to | Estimated Remaining |
|---|---|---|---|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  | Incentive | Date | Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420215 |  | 04/01/2023 | Prime | Active | $14,826.00 | $6,841.06 | 100% | $647.83 | $408.40 | $239.43 |
| 3N420221 |  | 04/01/2023 | PSR | Active | $73,921.00 | $35,225.02 | 100% | $3,285.89 | $2,609.22 | $676.67 |
| 3N420226 |  | 05/01/2023 | PSR | Active | $7,630.00 | $2,540.67 | 20% | $33.80 | $16.01 | $17.79 |
| 3N420227 |  | 05/01/2023 | Prime | Active | $2,127.00 | $520.71 | 100% | $37.74 | $28.62 | $9.12 |
| 3N420230 |  | 05/01/2023 | PSR | Active | $139,007.00 | $53,859.73 | 40% | $2,224.02 | $1,847.01 | $377.01 |
| 3N420231 |  | 05/01/2023 | PSR | Active | $65,524.00 | $26,536.96 | 95% | $2,544.36 | $1,903.51 | $640.85 |
| 3N420233 |  | 06/01/2023 | Prime | Active | $6,997.00 | $2,379.59 | 100% | $263.28 | $221.64 | $41.64 |
| 3N420234 |  | 05/01/2023 | PSR | Active | $33,119.00 | $15,277.94 | 100% | $1,446.96 | $912.23 | $534.73 |
| 3N420235 |  | 06/01/2023 | Prime | Active | $22,210.00 | $10,051.67 | 100% | $960.65 | $659.09 | $301.56 |
| 3N420237 |  | 05/01/2023 | PSR | Active | $19,537.00 | $7,814.83 | 10% | $79.39 | $60.47 | $18.92 |
| 3N420241 |  | 08/01/2023 | PSR | Active | $123,325.00 | $58,077.76 | 15% | $817.11 | $512.20 | $304.91 |
| 3N420258 |  | 06/01/2023 | Prime | Active | $7,858.00 | $3,172.12 | 100% | $399.26 | $343.75 | $55.51 |
| 3N420260 |  | 06/01/2023 | PSC | Active | $36,274.00 | $11,607.89 | 100% | $779.90 | $373.63 | $406.27 |
| 3N420263 |  | 06/01/2023 | PSR | Active | $42,867.00 | $9,979.07 | 100% | $734.72 | $385.46 | $349.26 |
| 3N420283 |  | 06/01/2023 | PSR | Active | $21,326.00 | $20,213.94 | 100% | $1,450.53 | $1,096.79 | $353.74 |
| 3N420284 |  | 06/01/2023 | Prime | Active | $62,946.00 | $26,823.48 | 100% | $2,639.42 | $1,700.60 | $938.82 |
| 3N420295 |  | 07/01/2023 | PSR | Active | $154,864.00 | $43,192.71 | 100% | $3,011.39 | $1,499.64 | $1,511.75 |
| 3N420296 |  | 07/01/2023 | PSR | Active | $281,730.00 | $77,447.40 | 10% | $542.19 | $271.12 | $271.07 |
| 3N420298 |  | 06/01/2023 | Prime | Active | $14,826.00 | $7,280.37 | 100% | $669.79 | $542.39 | $127.40 |
| 3N420299 |  | 06/01/2023 | Prime | Active | $3,938.00 | $1,751.72 | 95% | $186.33 | $149.93 | $36.40 |
| 3N420300 |  | 06/01/2023 | Prime | Active | $78,853.91 | $17,648.36 | 100% | $1,316.12 | $1,007.27 | $308.85 |

Report Generation Date: November 30, 2023    Page 7 of 9    Questions?

# Contract Incentive Detail - HVAC

**Period** : September 2023



**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Timothy P Butler | **Job Code** | : J07683 |
| **Employee ID** | : 1152987 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/10/2019 |

| Manager | : Patrick T McGuire | | | | | **Manager ID** | : 1260393 | |
|---|---|---|---|---|---|---|---|---|
| Pay Suspend | : No | | | | | | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420304 | 07/01/2023 | PSR | Active | $27,390.00 | $8,157.28 | 10% | $55.85 | $27.30 | $28.55 |
| 3N420309 | 08/01/2023 | PSR | Active | $386,781.00 | $179,175.97 | 100% | $16,936.17 | $10,665.02 | $6,271.15 |
| 3N420312 | 07/01/2023 | Prime | Active | $269,076.00 | $72,893.00 | 100% | $7,815.33 | $6,539.70 | $1,275.63 |
| 3N420316 | 07/01/2023 | Prime | Active | $136,550.00 | $29,452.69 | 100% | $2,223.65 | $1,708.23 | $515.42 |
| 3N420320 | 08/01/2023 | Prime | Active | $13,437.00 | $2,696.00 | 100% | $208.70 | $161.52 | $47.18 |
| 3N420321 | 08/01/2023 | PSR | Active | $35,815.00 | $13,679.88 | 100% | $1,422.67 | $943.88 | $478.79 |
| 3N420329 | 09/30/2023 | Prime | Active | $33,639.00 | $12,782.82 | 100% | $1,332.93 | $885.53 | $447.40 |
| 3N420330 | 08/01/2023 | Prime | Active | $38,199.00 | $7,307.66 | 100% | $575.47 | $319.70 | $255.77 |
| 3N420344 | 09/01/2023 | Prime | Active | $12,306.00 | $2,246.03 | 100% | $179.98 | $101.37 | $78.61 |
| 3N420352 | 09/01/2023 | Prime | Active | $10,102.00 | $1,091.90 | 100% | $110.16 | $71.94 | $38.22 |
| 3N420354 | 09/01/2023 | PSC | Active | $16,312.00 | $7,686.55 | 100% | $720.78 | $451.75 | $269.03 |
| 3N420355 | 09/30/2023 | Prime | Active | $7,215.00 | $2,835.68 | 100% | $290.58 | $191.34 | $99.24 |
| 3N420356 | 09/30/2023 | Prime | Active | $168,229.00 | $33,645.80 | 100% | $2,607.55 | $1,429.95 | $1,177.60 |
| 3N420358 | 09/30/2023 | Prime | Active | $45,083.00 | $12,404.31 | 100% | $868.18 | $434.02 | $434.16 |
| 3N420364 | 09/01/2023 | PSR | Active | $14,973.00 | $8,039.24 | 100% | $710.77 | $429.40 | $281.37 |
| 3N420368 | 09/30/2023 | PSC | Active | $769,184.00 | $153,836.80 | 100% | $11,922.35 | $6,538.06 | $5,384.29 |
| 3N420372 | 09/30/2023 | Prime | Active | $12,099.00 | $2,310.91 | 100% | $182.09 | $101.20 | $80.89 |
| 3N420373 | 09/30/2023 | Prime | Active | $11,235.00 | $4,269.30 | 100% | $445.18 | $295.75 | $149.43 |
| 3N420376 | 09/30/2023 | Prime | Active | $27,806.81 | $5,005.23 | 100% | $403.20 | $228.02 | $175.18 |
| **Total** | | | | | | | **$304,757.83** | **$238,943.19** | **$65,814.69** |

Report Generation Date: November 30, 2023     Page 8 of 9     **Questions?**

## Contract Incentive Detail - HVAC

**Period** : September 2023



### EMPLOYEE INFORMATION

| Employee | : Timothy P Butler | | | | | | Job Code | : J07683 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Employee ID | : 1152987 | | | | | | Plan | : SCPI - ZZZ DO NOT USE SIP BSNA HVAC Security and Fire Sales Rep (SCPI) | |
| Branch/Dept | : N42 - 0000 | | | | | | Plan Effective Date | : 1/9/2008 | |
| Manager | : Patrick T McGuire | | | | | | Manager ID | : 1260393 | |
| Pay Suspend | : No | | | | | | | | |

**INCENTIVE SUMMA**

| Contract Number | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9N420109 | | 12/01/2018 | PSR | Closed | $178,855.00 | $28,853.07 | 10% | $393.23 | $393.23 | $0.00 |
| 9N420188 | | 03/01/2019 | Prime | Active | $40,000.00 | $0.00 | 10% | $24.58 | $24.58 | $0.00 |
| 9N420482 | | 09/01/2019 | Prime | Closed | $23,450.00 | $22,458.38 | 100% | $1,765.88 | $1,765.88 | $0.00 |
| B09000.455.1.003.00_6 | | | PSA | | $795,497.74 | | 95% | $35,896.84 | $35,896.84 | $0.00 |
| **Total** | | | | | | | | **$38,080.54** | **$38,080.53** | **$0.00** |

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 10 of 10   Document 1-3