# Contract Incentive Detail - HVAC

**Period:** September 2023

**EXHIBIT D**



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 0N420120 | 12/01/2019 | Prime | Closed | $146,651.50 | $21,089.18 | 70% | $1,968.94 | $1,968.94 | $0.00 |
| 1-109698855523 | 10/01/2022 | L&M | Closed | $18,423.00 | $6,662.00 | 100% | $416.00 | $416.00 | $0.00 |
| 1-111438622104 | 12/01/2021 | PSA | Closed | $103,356.00 | $59,243.78 | 100% | $814.67 | $814.67 | $0.00 |
| 1-115651471936 | 02/01/2022 | PSA | Active | $41,741.00 | $17,041.19 | 100% | $5,623.59 | $4,217.69 | $1,405.90 |
| 1-116711092740 | 02/01/2023 | L&M | Closed | $32,294.00 | $13,233.91 | 100% | $839.32 | $839.32 | $0.00 |
| 1-117181579068 | 10/01/2022 | L&M | Closed | $8,561.00 | $2,546.25 | 100% | $165.83 | $165.83 | $0.00 |
| 1-117776271309 | 11/01/2022 | L&M | Closed | $11,400.00 | $5,589.71 | 100% | $471.86 | $471.87 | $-0.01 |
| 1-120196299423 | 08/01/2022 | PSA | Active | $60,844.00 | $19,701.52 | 100% | $751.24 | $751.24 | $0.00 |
| 1-120663415909 | 08/01/2022 | PSA | Active | $24,728.00 | $13,590.83 | 100% | $200.96 | $200.96 | $0.00 |
| 1-121381921626 | 10/01/2022 | L&M | Closed | $4,703.00 | $1,888.52 | 100% | $115.59 | $115.59 | $0.00 |
| 1-121496265717 | 09/01/2022 | PSA | Active | $77,026.00 | $37,993.46 | 100% | $644.47 | $644.47 | $0.00 |
| 1-121516897449 | 12/01/2022 | L&M | Closed | $42,639.00 | $22,327.73 | 100% | $1,835.94 | $1,835.94 | $0.00 |
| 1-121685076169 | 10/01/2022 | L&M | Closed | $4,973.00 | $2,191.19 | 100% | $131.94 | $131.94 | $0.00 |
| 1-122537957067 | 10/01/2022 | L&M | Closed | $6,654.00 | $2,431.50 | 100% | $151.52 | $151.52 | $0.00 |
| 1-122826297269 | 01/01/2023 | L&M | Closed | $693.00 | $406.00 | 100% | $32.00 | $32.00 | $0.00 |
| 1-122870866328 | 10/01/2022 | PSA | Active | $6,668.00 | $3,350.23 | 100% | $55.56 | $55.56 | $0.00 |
| 1-122915187091 | 10/01/2022 | PSA | Active | $18,688.00 | $10,152.58 | 100% | $171.67 | $171.67 | $0.00 |
| 1-122923059571 | 12/01/2022 | L&M | Closed | $9,994.48 | $4,933.42 | 100% | $415.35 | $415.35 | $0.00 |
| 1-123097410310 | 08/01/2023 | L&M | Closed | $3,644.00 | $-2,797.54 | 100% | $-119.84 | $-119.84 | $0.00 |
| 1-123168623779 | 10/01/2022 | PSA | Active | $19,776.00 | $9,110.13 | 100% | $124.61 | $124.61 | $0.00 |

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 1-124331362213 | 11/01/2022 | L&M | Closed | $18,885.71 | $10,018.83 | 100% | $819.65 | $819.65 | $0.00 |
| 1-124505074975 | 03/01/2023 | L&M | Closed | $2,500.00 | $1,635.20 | 100% | $133.32 | $133.32 | $0.00 |
| 1-124521394470 | 02/01/2023 | L&M | Closed | $15,562.29 | $11,055.01 | 100% | $873.71 | $873.71 | $0.00 |
| 1-124763621343 | 01/01/2023 | L&M | Closed | $4,275.00 | $2,785.98 | 100% | $211.45 | $211.45 | $0.00 |
| 1-124814883893 | 12/01/2022 | PSA | Active | $4,816.00 | $1,492.96 | 100% | $0.00 | $0.00 | $0.00 |
| 1-124950993527 | 12/01/2022 | PSA | Active | $17,315.00 | $8,190.69 | 100% | $162.26 | $162.26 | $0.00 |
| 1-125056074793 | 06/01/2023 | L&M | Closed | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 1-127198419983 | 02/01/2023 | L&M | Closed | $11,671.00 | $4,655.00 | 100% | $296.94 | $296.94 | $0.00 |
| 1-127216737853 | 02/01/2023 | L&M | Closed | $4,939.20 | $2,018.20 | 100% | $128.08 | $128.08 | $0.00 |
| 1-127351428275 | 01/01/2023 | PSA | Active | $26,244.00 | $11,814.15 | 0% | $0.00 | $0.00 | $0.00 |
| 1-127440410395 | 02/01/2023 | L&M | Closed | $16,848.00 | $9,340.52 | 100% | $814.50 | $814.51 | $-0.01 |
| 1-127518742503 | 02/01/2023 | PSA | Active | $41,967.00 | $15,634.14 | 100% | $625.36 | $625.36 | $0.00 |
| 1-127519351450 | 02/01/2023 | PSA | Active | $16,754.00 | $7,608.54 | 100% | $151.19 | $151.19 | $0.00 |
| 1-127519995291 | 02/01/2023 | PSA | Active | $26,838.00 | $10,604.20 | 0% | $0.00 | $0.00 | $0.00 |
| 1-127567045794 | 02/01/2023 | L&M | Closed | $4,996.00 | $1,722.34 | 100% | $113.60 | $113.60 | $0.00 |
| 1-127636821036 | 06/01/2023 | L&M | Closed | $79,744.00 | $31,646.10 | 100% | $2,020.90 | $2,020.90 | $0.00 |
| 1-127803297655 | 03/01/2023 | L&M | Closed | $3,793.90 | $1,965.20 | 100% | $176.52 | $176.52 | $0.00 |
| 1-128331092283 | 03/01/2023 | L&M | Closed | $4,996.00 | $2,377.00 | 100% | $221.90 | $221.90 | $0.00 |
| 1-128545337944 | 05/01/2023 | L&M | Closed | $24,711.38 | $9,374.79 | 100% | $604.65 | $604.65 | $0.00 |
| 1-128594533930 | 05/01/2023 | L&M | Closed | $3,046.51 | $1,675.39 | 100% | $146.62 | $146.62 | $0.00 |
| 1-128639067410 | 04/01/2023 | L&M | Closed | $13,811.00 | $6,905.29 | 30% | $220.63 | $220.63 | $0.00 |
| 1-128639669238 | 06/01/2023 | L&M | Closed | $3,475.46 | $530.47 | 100% | $45.64 | $45.64 | $0.00 |
| 1-128644820544 | 04/01/2023 | L&M | Closed | $4,996.00 | $1,958.40 | 100% | $125.40 | $125.40 | $0.00 |

Report Generation Date: December 04, 2023 Page 2 of 7 Questions?

Case 2:24-cv-00046-PP Filed 01/12/24 Page 2 of 7 Document 1-4

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 1-128699248592 | 08/01/2023 | L&M | Closed | $9,800.49 | $3,503.64 | 100% | $229.08 | $229.08 | $0.00 |
| 1-128728576327 | 05/01/2023 | L&M | Closed | $41,254.00 | $16,046.44 | 100% | $1,029.22 | $1,029.22 | $0.00 |
| 1-128740236813 | 05/01/2023 | L&M | Closed | $4,996.00 | $1,722.34 | 100% | $113.60 | $113.60 | $0.00 |
| 1-128755127288 | 04/01/2023 | L&M | Closed | $8,843.00 | $3,458.23 | 100% | $221.55 | $221.55 | $0.00 |
| 1-128823558105 | 05/01/2023 | PSA | Active | $32,329.00 | $14,024.85 | 100% | $5,785.25 | $4,338.94 | $1,446.31 |
| 1-128825097613 | 05/01/2023 | PSA | Active | $44,764.00 | $15,840.86 | 100% | $5,227.48 | $3,920.61 | $1,306.87 |
| 1-128856930132 | 07/01/2023 | L&M | Closed | $24,879.00 | $12,819.75 | 100% | $1,154.10 | $1,154.10 | $0.00 |
| 1-129523860277 | 07/01/2023 | L&M | Closed | $17,116.00 | $4,267.97 | 100% | $307.54 | $307.54 | $0.00 |
| 1-129533977579 | 08/01/2023 | L&M | Closed | $4,996.00 | $1,722.34 | 100% | $113.60 | $113.60 | $0.00 |
| 1-129533977693 | 06/01/2023 | L&M | Closed | $4,996.00 | $1,836.01 | 100% | $119.28 | $119.28 | $0.00 |
| 1-129533977807 | 06/01/2023 | L&M | Closed | $4,996.00 | $2,170.59 | 100% | $136.01 | $136.01 | $0.00 |
| 1-129533977861 | 09/01/2023 | L&M | Closed | $4,996.00 | $2,367.10 | 100% | $221.41 | $221.41 | $0.00 |
| 1-129534483910 | 09/01/2023 | L&M | Closed | $4,996.00 | $2,367.10 | 100% | $221.41 | $221.41 | $0.00 |
| 1-129773465379 | 07/01/2023 | L&M | Closed | $24,626.00 | $11,077.22 | 25% | $215.41 | $215.41 | $0.00 |
| 1-129788754600 | 06/01/2023 | PSA | Active | $30,924.00 | $13,491.46 | 100% | $7,420.30 | $5,565.23 | $1,855.07 |
| 1-130282555772 | 07/01/2023 | PSA | Active | $11,344.00 | $5,032.45 | 100% | $2,075.89 | $1,556.91 | $518.98 |
| 1-130308104613 | 07/01/2023 | L&M | Closed | $1,293.00 | $806.09 | 100% | $66.97 | $66.96 | $0.01 |
| 1-130308104671 | 07/01/2023 | L&M | Closed | $1,394.00 | $719.08 | 100% | $64.72 | $64.71 | $0.01 |
| 1-130418265427 | 08/01/2023 | PSA | Active | $600.00 | $300.00 | 100% | $6.00 | $6.00 | $0.00 |
| 1-130419323583 | 08/01/2023 | PSA | Active | $35,244.00 | $15,680.78 | 100% | $313.62 | $313.62 | $0.00 |
| 1-130419323786 | 08/01/2023 | PSA | Active | $26,456.00 | $13,926.15 | 100% | $271.82 | $271.82 | $0.00 |
| 1-130419447253 | 08/01/2023 | PSA | Active | $600.00 | $300.00 | 100% | $6.00 | $6.00 | $0.00 |
| 1-130420750929 | 08/01/2023 | PSA | Active | $24,737.00 | $10,224.23 | 100% | $5,623.33 | $4,217.50 | $1,405.83 |

Report Generation Date: December 04, 2023    Page 3 of 7    Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 3 of 7    Document 1-4

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 1-130421212467 | 08/01/2023 | L&M | Closed | $9,931.00 | $4,017.40 | 100% | $405.70 | $405.70 | $0.00 |
| 1-131200723890 | 09/01/2023 | PSA | Active | $30,404.00 | $6,649.78 | 100% | $449.72 | $364.33 | $85.39 |
| 1N420156 | 03/01/2021 | PSR | Transferred | $261,926.00 | $125,464.63 | 80% | $8,065.86 | $8,065.86 | $0.00 |
| 1N420172 | 03/01/2021 | PSR | Active | $187,261.00 | $79,016.82 | 20% | $1,303.72 | $935.90 | $367.82 |
| 1N420211 | 04/01/2021 | PSR | Transferred | $174,781.00 | $102,329.42 | 20% | $1,596.93 | $1,596.93 | $0.00 |
| 1N420406 | 09/01/2021 | Prime | Active | $55,478.00 | $13,271.88 | 80% | $905.78 | $658.66 | $247.12 |
| 2N420008 | 10/01/2021 | Prime | Transferred | $365,497.00 | $67,875.57 | 70% | $6,348.08 | $6,348.09 | $-0.01 |
| 2N420009 | 10/01/2021 | Prime | Closed | $268,145.00 | $13,485.50 | 100% | $2,103.44 | $2,103.44 | $0.00 |
| 2N420011 | 10/01/2021 | PSR | Closed | $204,157.00 | $98,518.49 | 5% | $396.48 | $396.48 | $0.00 |
| 2N420071 | 11/01/2021 | PSR | Closed | $91,600.00 | $32,574.17 | 11% | $280.01 | $280.01 | $0.00 |
| 2N420125 | 12/01/2021 | Prime | Transferred | $383,000.00 | $64,860.30 | 65% | $5,838.40 | $5,838.40 | $0.00 |
| 2N420126 | 12/01/2021 | Prime | Closed | $123,015.00 | $0.00 | 100% | $-536.16 | $-536.16 | $0.00 |
| 2N420150 | 01/01/2022 | PSR | Closed | $74,860.00 | $26,528.57 | 85% | $1,785.87 | $1,785.87 | $0.00 |
| 2N420186 | 02/01/2022 | PSC | Active | $163,475.00 | $47,415.19 | 15% | $583.32 | $417.78 | $165.54 |
| 2N420187 | 02/01/2022 | PSR | Active | $197,450.00 | $63,590.06 | 10% | $511.72 | $363.72 | $148.00 |
| 2N420218 | 03/01/2022 | PSR | Closed | $36,950.00 | $14,036.00 | 15% | $164.95 | $164.95 | $0.00 |
| 2N420248 | 04/01/2022 | PSR | Transferred | $290,480.00 | $101,811.92 | 15% | $1,211.64 | $856.19 | $355.45 |
| 2N420257 | 05/01/2022 | Prime | Transferred | $64,666.00 | $16,872.20 | 100% | $1,558.50 | $1,558.50 | $0.00 |
| 2N420259 | 05/01/2022 | PSR | Active | $28,284.00 | $14,348.60 | 15% | $162.22 | $112.12 | $50.10 |
| 2N420261 | 05/01/2022 | PSR | Transferred | $72,887.00 | $36,672.51 | 10% | $293.07 | $207.72 | $85.35 |
| 2N420265 | 09/01/2023 | PSC | Active | $294,606.00 | $94,005.64 | 2% | $5,388.28 | $4,565.73 | $822.55 |
| 2N420275 | 05/01/2022 | PSR | Transferred | $42,529.00 | $18,018.54 | 15% | $208.44 | $208.44 | $0.00 |
| 2N420277 | 05/01/2022 | PSR | Transferred | $19,350.00 | $9,036.91 | 15% | $103.20 | $103.20 | $0.00 |

Report Generation Date: December 04, 2023          Page 4 of 7          Questions?

Case 2:24-cv-00046-PP    Filed 01/12/24    Page 4 of 7    Document 1-4

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N420299 | 06/01/2022 | PSC | Active | $82,264.00 | $27,392.14 | 80% | $2,206.25 | $1,822.76 | $383.49 |
| 2N420311 | 09/01/2022 | PSR | Transferred | $105,134.00 | $32,956.22 | 68% | $1,908.82 | $1,908.82 | $0.00 |
| 2N420312 | 09/01/2022 | PSR | Transferred | $38,613.00 | $12,819.20 | 8% | $81.48 | $81.48 | $0.00 |
| 2N420313 | 06/01/2022 | Prime | Active | $115,676.00 | $53,578.12 | 94% | $5,104.95 | $4,003.25 | $1,101.70 |
| 2N420339 | 07/01/2022 | PSC | Active | $610,847.00 | $152,121.92 | 10% | $10,354.91 | $7,692.77 | $2,662.14 |
| 2N420343 | 08/01/2022 | PSR | Active | $94,450.00 | $36,915.32 | 15% | $515.93 | $419.02 | $96.91 |
| 2N420356 | 08/01/2022 | PSR | Closed | $19,600.00 | $9,199.49 | 50% | $395.36 | $395.37 | $-0.01 |
| 2N420375 | 08/01/2022 | PSR | Transferred | $45,428.00 | $16,463.50 | 10% | $102.76 | $102.76 | $0.00 |
| 2N420383 | 08/01/2022 | Prime | Active | $456,687.00 | $112,641.42 | 70% | $14,518.50 | $12,793.68 | $1,724.82 |
| 2N420384 | 08/01/2022 | Prime | Active | $158,251.00 | $1,281.19 | 100% | $776.19 | $753.77 | $22.42 |
| 2N420395 | 09/01/2022 | Prime | Active | $449,856.00 | $100,349.47 | 70% | $7,342.46 | $5,805.86 | $1,536.60 |
| 2N420396 | 09/01/2022 | Prime | Transferred | $200,197.00 | $37,633.63 | 100% | $2,782.57 | $2,782.57 | $0.00 |
| 2N420411 | 10/01/2022 | PSR | Active | $1.00 | $0.00 | 100% | $0.02 | $0.01 | $0.01 |
| 2N420424 | 09/01/2022 | PSR | Transferred | $58,742.00 | $21,911.64 | 15% | $203.99 | $203.99 | $0.00 |
| 2N420428 | 09/01/2022 | PSR | Transferred | $7,299.00 | $0.00 | 100% | $18.85 | $23.75 | $-4.90 |
| 2N420429 | 10/01/2022 | PSR | Active | $1.00 | $0.00 | 16% | $0.00 | $0.00 | $0.00 |
| 2N420431 | 10/01/2022 | PSR | Transferred | $36,053.00 | $16,007.19 | 8% | $110.60 | $88.62 | $21.98 |
| 2N420439 | 10/01/2022 | PSR | Active | $218,882.00 | $84,847.31 | 90% | $7,142.39 | $5,806.04 | $1,336.35 |
| 2N420440 | 10/01/2022 | PSR | Active | $96,385.00 | $32,150.43 | 10% | $204.12 | $147.86 | $56.26 |
| 3EA80092 | 07/01/2023 | Prime | Active | $21,345.00 | $15,992.96 | 50% | $780.43 | $402.60 | $377.83 |
| 3EA80093 | 06/01/2023 | Prime | Active | $22,478.00 | $10,547.17 | 50% | $609.39 | $360.21 | $249.18 |
| 3N420009 | 11/01/2022 | PSC | Transferred | $84,650.00 | $24,805.04 | 100% | $2,668.70 | $2,234.61 | $434.09 |
| 3N420016 | 02/01/2023 | PSR | Transferred | $14,634.00 | $5,318.87 | 100% | $346.43 | $346.43 | $0.00 |
| 3N420017 | 11/01/2022 | PSR | Transferred | $28,703.00 | $7,293.95 | 100% | $493.86 | $366.21 | $127.65 |
| 3N420024 | 10/01/2022 | PSR | Active | $284,611.00 | $63,621.62 | 100% | $4,461.83 | $2,235.07 | $2,226.76 |
| 3N420069 | 12/01/2022 | PSR | Transferred | $16,675.00 | $6,676.92 | 100% | $408.89 | $408.89 | $0.00 |

Report Generation Date: December 04, 2023          Page 5 of 7          Questions?

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 5 of 7   Document 1-4

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420086 | 12/01/2022 | PSC | Active | $160,559.00 | $69,570.80 | 100% | $6,187.99 | $4,970.50 | $1,217.49 |
| 3N420093 | 02/01/2023 | PSR | Active | $56,584.00 | $23,427.41 | 15% | $350.76 | $289.26 | $61.50 |
| 3N420101 | 02/01/2023 | PSC | Active | $187,500.00 | $73,455.92 | 10% | $754.02 | $576.22 | $177.80 |
| 3N420103 | 02/01/2023 | PSR | Active | $36,188.51 | $14,525.40 | 5% | $73.63 | $60.91 | $12.72 |
| 3N420104 | 02/01/2023 | PSC | Active | $51,030.00 | $20,236.05 | 13% | $268.76 | $214.91 | $53.85 |
| 3N420123 | 01/01/2023 | Prime | Active | $438,932.00 | $105,684.56 | 95% | $8,620.56 | $4,939.63 | $3,680.93 |
| 3N420126 | 02/01/2023 | PSC | Active | $309,109.00 | $72,461.72 | 90% | $4,790.87 | $2,508.32 | $2,282.55 |
| 3N420127 | 02/01/2023 | PSC | Active | $192,179.00 | $59,129.87 | 9% | $345.96 | $167.56 | $178.40 |
| 3N420135 | 02/01/2023 | PSC | Transferred | $21,816.00 | $4,410.88 | 90% | $306.48 | $237.01 | $69.47 |
| 3N420145 | 02/01/2023 | PSR | Active | $62,575.00 | $18,370.16 | 15% | $331.35 | $283.13 | $48.22 |
| 3N420146 | 02/01/2023 | Prime | Active | $29,845.00 | $8,112.90 | 100% | $1,021.21 | $879.23 | $141.98 |
| 3N420152 | 03/01/2023 | Prime | Transferred | $61,800.00 | $12,352.06 | 100% | $1,892.23 | $1,892.23 | $0.00 |
| 3N420163 | 03/01/2023 | PSC | Active | $24,067.00 | $3,588.07 | 90% | $280.59 | $167.57 | $113.02 |
| 3N420164 | 03/01/2023 | PSC | Active | $18,450.00 | $4,798.95 | 10% | $34.14 | $17.35 | $16.79 |
| 3N420167 | 03/01/2023 | Prime | Active | $360,360.00 | $144,864.79 | 95% | $16,132.87 | $13,122.40 | $3,010.47 |
| 3N420183 | 03/01/2023 | PSR | Active | $213,759.00 | $90,566.85 | 95% | $8,490.26 | $6,984.59 | $1,505.67 |
| 3N420184 | 06/01/2023 | PSC | Active | $46,472.00 | $12,810.85 | 100% | $1,599.04 | $1,150.66 | $448.38 |
| 3N420186 | 03/01/2023 | PSR | Active | $155,305.00 | $64,657.60 | 95% | $6,114.25 | $5,039.31 | $1,074.94 |
| 3N420187 | 03/01/2023 | PSR | Active | $110,186.00 | $50,888.63 | 95% | $4,576.16 | $3,730.14 | $846.02 |
| 3N420188 | 03/01/2023 | PSR | Active | $42,805.00 | $17,223.19 | 95% | $1,656.83 | $1,370.50 | $286.33 |
| 3N420189 | 03/01/2023 | PSR | Active | $29,840.00 | $10,925.87 | 95% | $1,103.64 | $922.00 | $181.64 |
| 3N420197 | 04/01/2023 | PSC | Active | $85,650.00 | $31,262.62 | 25% | $832.42 | $695.65 | $136.77 |
| 3N420225 | 05/01/2023 | Prime | Active | $977,125.00 | $290,976.42 | 70% | $17,432.63 | $11,888.62 | $5,544.01 |

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francis R Begnoche | **Job Code** | : J07683 |
| **Employee ID** | : 1696790 | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N42 - 0000 | **Plan Effective Date** | : 1/1/2013 |
| **Manager** | : Patrick T McGuire | **Manager ID** | : 1260393 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N420226 | 05/01/2023 | PSR | Active | $7,630.00 | $2,540.67 | 40% | $67.60 | $32.03 | $35.57 |
| 3N420230 | 05/01/2023 | PSR | Active | $139,007.00 | $53,859.73 | 60% | $3,335.99 | $2,770.46 | $565.53 |
| 3N420231 | 05/01/2023 | PSR | Active | $65,524.00 | $26,536.96 | 5% | $133.92 | $100.19 | $33.73 |
| 3N420251 | 06/01/2023 | PSC | Active | $182,485.00 | $61,885.64 | 15% | $1,028.70 | $703.80 | $324.90 |
| 3N420264 | 06/01/2023 | PSR | Active | $18,081.00 | $4,124.83 | 100% | $305.69 | $161.32 | $144.37 |
| 3N420265 | 06/01/2023 | PSR | Active | $20,547.00 | $8,218.61 | 100% | $834.72 | $547.07 | $287.65 |
| 3N420278 | 06/01/2023 | Prime | Active | $36,286.00 | $12,292.68 | 100% | $814.20 | $599.08 | $215.12 |
| 3N420287 | 06/01/2023 | Prime | Active | $187,813.91 | $26,973.73 | 100% | $2,381.67 | $1,437.59 | $944.08 |
| 3N420288 | 06/01/2023 | Prime | Active | $910,144.09 | $263,941.79 | 100% | $31,968.80 | $22,730.84 | $9,237.96 |
| 3N420296 | 07/01/2023 | PSR | Active | $281,730.00 | $77,447.40 | 90% | $4,879.69 | $2,440.10 | $2,439.59 |
| 3N420307 | 07/01/2023 | PSC | Active | $63,640.00 | $12,999.36 | 100% | $999.99 | $545.01 | $454.98 |
| 3N420331 | 09/30/2023 | PSC | Active | $37,922.00 | $10,239.00 | 100% | $1,294.09 | $935.73 | $358.36 |
| 3N420339 | 08/01/2023 | Prime | Active | $9,495.00 | $3,062.86 | 100% | $205.36 | $98.16 | $107.20 |
| 3N420345 | 08/01/2023 | Prime | Active | $131,978.00 | $48,334.48 | 95% | $5,628.22 | $3,828.82 | $1,799.40 |
| 3N420369 | 09/30/2023 | PSC | Active | $433,054.00 | $86,610.80 | 100% | $6,712.34 | $3,680.96 | $3,031.38 |
| 9N420505 | 09/01/2019 | Prime | Closed | $512,996.01 | $88,235.94 | 60% | $7,325.61 | $7,325.61 | $0.00 |
| **Total** | | | | | | | **$307,429.21** | **$243,740.90** | **$63,688.32** |

Report Generation Date: December 04, 2023　　　　Page 7 of 7　　　　Questions?

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 7 of 7   Document 1-4