# Contract Incentive Detail - HVAC

**Period** : September 2023

EXHIBIT E



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Dustin W Brown | **Job Code** | : J07682 |
| **Employee ID** | : 1146775 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N57 - 0000 | **Plan Effective Date** | : 1/10/2007 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 0N570018 | 12/01/2019 | PSR | Active | $127,687.00 | $42,329.21 | 100% | $3,369.37 | $2,458.24 | $911.13 |
| 0N570057 | 08/01/2020 | PSR | Transferred | $646,008.00 | $124,283.55 | 100% | $10,227.47 | $7,552.26 | $2,675.21 |
| 0N570059 | 10/01/2020 | PSC | Transferred | $318,488.00 | $41,549.03 | 100% | $5,709.03 | $4,741.98 | $967.05 |
| 1-118960760866 | 06/01/2022 | PSA | Closed | $141,721.00 | $37,138.99 | 100% | $641.82 | $641.82 | $0.00 |
| 1-120572820697 | 02/01/2023 | L&M | Closed | $24,420.00 | $9,993.14 | 100% | $1,003.32 | $1,003.32 | $0.00 |
| 1-121901539866 | 10/01/2022 | L&M | Closed | $543.00 | $197.85 | 100% | $12.33 | $12.33 | $0.00 |
| 1-122132543013 | 09/01/2022 | PSA | Active | $65,955.00 | $20,378.56 | 50% | $2,802.05 | $2,101.54 | $700.51 |
| 1-122151096470 | 10/01/2022 | L&M | Closed | $5,108.78 | $1,261.16 | 100% | $86.05 | $86.05 | $0.00 |
| 1-126177484048 | 04/01/2023 | L&M | Closed | $543.00 | $197.85 | 100% | $12.88 | $12.88 | $0.00 |
| 1-127375850165 | 01/01/2023 | PSA | Active | $72,121.00 | $32,472.47 | 100% | $8,929.93 | $6,697.45 | $2,232.48 |
| 1-127381496767 | 01/01/2023 | PSA | Active | $61,157.00 | $27,539.18 | 100% | $7,573.27 | $5,679.96 | $1,893.31 |
| 1-127562880740 | 03/01/2023 | L&M | Closed | $450.78 | $241.48 | 100% | $21.37 | $21.37 | $0.00 |
| 1-127620947737 | 02/01/2023 | PSA | Active | $13,740.00 | $6,289.70 | 0% | $0.00 | $0.00 | $0.00 |
| 1-127794976002 | 02/01/2023 | PSA | Active | $8,492.00 | $3,839.54 | 100% | $1,055.87 | $791.91 | $263.96 |
| 1-127829447510 | 02/01/2023 | PSA | Active | $18,855.00 | $8,488.22 | 100% | $2,334.26 | $1,750.70 | $583.56 |
| 1-128184602858 | 07/01/2023 | L&M | Closed | $19,987.00 | $11,000.54 | 100% | $962.26 | $962.27 | $-0.01 |
| 1-128211356079 | 03/01/2023 | PSA | Active | $4,093.00 | $-82.53 | 100% | $0.00 | $0.00 | $0.00 |
| 1-128587675715 | 03/01/2023 | PSA | Active | $8,541.00 | $3,846.75 | 100% | $1,057.86 | $793.39 | $264.47 |
| 1-128610651547 | 03/01/2023 | PSA | Active | $5,242.00 | $2,360.05 | 100% | $649.01 | $486.76 | $162.25 |
| 1-128611973138 | 04/01/2023 | L&M | Closed | $92,347.00 | $25,501.33 | 100% | $1,782.98 | $1,782.98 | $0.00 |

Report Generation Date: January 10, 2024

Page 1 of 5

Questions?

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Dustin W Brown | **Job Code** | : J07682 |
| **Employee ID** | : 1146775 | **Plan (SCPJ)** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N57 - 0000 | **Plan Effective Date** | : 1/10/2007 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 1-128614219016 | 04/01/2023 | L&M | Closed | $37,631.00 | $11,626.34 | 100% | $788.29 | $788.29 | $0.00 |
| 1-128635923651 | 04/01/2023 | L&M | Closed | $1,749.80 | $564.60 | 100% | $37.85 | $37.85 | $0.00 |
| 1-128714227780 | 05/01/2023 | L&M | Closed | $32,255.00 | $8,996.25 | 100% | $627.21 | $627.21 | $0.00 |
| 1-128765715576 | 04/01/2023 | PSA | Active | $8,620.00 | $1,874.85 | 100% | $37.50 | $37.50 | $0.00 |
| 1-129218933295 | 05/01/2023 | L&M | Closed | $61,699.00 | $12,869.04 | 100% | $982.79 | $982.79 | $0.00 |
| 1-129399315377 | 05/01/2023 | PSA | Active | $11,067.00 | $4,427.00 | 100% | $88.54 | $88.54 | $0.00 |
| 1-129535328265 | 06/01/2023 | PSA | Active | $2,527.00 | $1,166.22 | 100% | $23.32 | $23.32 | $0.00 |
| 1-129558162436 | 06/01/2023 | L&M | Closed | $61,699.00 | $14,356.23 | 100% | $1,057.15 | $1,057.15 | $0.00 |
| 1-129558162528 | 06/01/2023 | L&M | Closed | $32,255.00 | $8,996.25 | 100% | $627.21 | $627.21 | $0.00 |
| 1-129772125723 | 06/01/2023 | PSA | Active | $146,681.00 | $40,438.03 | 100% | $742.78 | $742.78 | $0.00 |
| 1-129790671646 | 07/01/2023 | L&M | Closed | $61,699.00 | $14,356.23 | 100% | $1,057.15 | $1,057.15 | $0.00 |
| 1-129790671823 | 07/01/2023 | L&M | Closed | $32,255.00 | $11,567.84 | 100% | $755.79 | $755.79 | $0.00 |
| 1-129798921469 | 07/01/2023 | L&M | Closed | $256,687.00 | $50,992.55 | 100% | $3,961.41 | $3,961.41 | $0.00 |
| 1-129964035593 | 08/01/2023 | L&M | Closed | $885.70 | $380.86 | 100% | $23.91 | $23.91 | $0.00 |
| 1-130219363458 | 07/01/2023 | PSA | Active | $132,058.00 | $56,305.97 | 50% | $563.06 | $563.06 | $0.00 |
| 1-130328253133 | 08/01/2023 | L&M | Closed | $32,255.00 | $11,567.84 | 100% | $755.79 | $755.79 | $0.00 |
| 1-130353959212 | 09/01/2023 | L&M | Closed | $8,680.08 | $5,410.91 | 100% | $449.57 | $449.58 | $-0.01 |
| 1-130663685817 | 09/01/2023 | L&M | Closed | $5,887.00 | $4,455.37 | 100% | $344.19 | $344.20 | $-0.01 |

Report Generation Date: January 10, 2024    Page 2 of 5    Questions?

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 2 of 5   Document 1-5

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Dustin W Brown | **Job Code** | : J07682 |
| **Employee ID** | : 1146775 | **Plan (SCPJ)** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N57 - 0000 | **Plan Effective Date** | : 1/10/2007 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 1-130808467104 | 08/01/2023 | PSA | Active | $10,150.00 | $2,509.33 | 100% | $0.00 | $0.00 | $0.00 |
| 1N570008 | 12/01/2020 | PSR | Transferred | $1,926,407.00 | $590,657.76 | 100% | $47,947.57 | $47,947.57 | $0.00 |
| 1N570020 | 01/01/2021 | PSR | Closed | $129,500.00 | $13,935.76 | 20% | $379.60 | $379.60 | $0.00 |
| 1N570021 | 02/01/2021 | PSC | Transferred | $211,616.00 | $24,585.08 | 100% | $2,587.18 | $2,587.18 | $0.00 |
| 1N570029 | 04/01/2021 | PSC | Transferred | $18,630.00 | $4,023.71 | 100% | $393.32 | $299.67 | $93.65 |
| 1N570031 | 05/01/2021 | PSC | Closed | $92,300.00 | $6,505.26 | 100% | $847.95 | $847.95 | $0.00 |
| 1N570034 | 05/01/2021 | PSR | Closed | $62,305.00 | $7,843.23 | 25% | $247.21 | $247.21 | $0.00 |
| 1N570036 | 07/01/2021 | PSC | Transferred | $358,597.00 | $75,180.73 | 100% | $7,420.05 | $7,420.06 | $-0.01 |
| 1N570042 | 08/01/2021 | Prime | Closed | $17,450.00 | $3,188.19 | 100% | $290.54 | $290.54 | $0.00 |
| 1N570046 | 09/01/2021 | Prime | Transferred | $9,339.10 | $6,433.72 | 100% | $490.89 | $490.89 | $0.00 |
| 1N570047 | 09/01/2021 | PSR | Closed | $155,425.00 | $33,619.17 | 25% | $996.05 | $996.05 | $0.00 |
| 2N570005 | 11/01/2021 | PSR | Transferred | $47,736.00 | $17,013.72 | 100% | $1,237.28 | $1,237.28 | $0.00 |
| 2N570007 | 11/01/2021 | Prime | Transferred | $506,940.97 | $122,683.85 | 30% | $3,328.10 | $3,328.10 | $0.00 |
| 2N570011 | 12/01/2021 | Prime | Active | $83,251.00 | $30,645.44 | 100% | $2,217.69 | $1,558.05 | $659.64 |
| 2N570012 | 12/01/2021 | PSR | Active | $252,202.71 | $73,988.29 | 100% | $5,559.09 | $3,966.49 | $1,592.60 |
| 2N570015 | 01/01/2022 | Prime | Transferred | $18,984.00 | $9,973.39 | 100% | $689.30 | $689.30 | $0.00 |
| 2N570016 | 02/01/2022 | PSC | Transferred | $21,595.00 | $8,686.79 | 100% | $663.81 | $663.81 | $0.00 |
| 2N570019 | 03/01/2022 | PSR | Transferred | $16,445.00 | $6,672.19 | 100% | $476.12 | $332.50 | $143.62 |
| 2N570020 | 03/01/2022 | PSR | Closed | $13,790.00 | $2,942.55 | 100% | $236.13 | $236.13 | $0.00 |
| 2N570022 | 03/01/2022 | Prime | Transferred | $49,960.00 | $22,374.77 | 100% | $1,575.89 | $1,575.89 | $0.00 |
| 2N570024 | 03/01/2022 | PSC | Active | $360,827.91 | $88,505.40 | 100% | $6,886.39 | $4,981.31 | $1,905.08 |
| 2N570026 | 04/01/2022 | PSR | Transferred | $26,610.00 | $11,796.01 | 100% | $885.11 | $631.21 | $253.90 |

Report Generation Date: January 10, 2024     Page 3 of 5     Questions?

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 3 of 5   Document 1-5

# Contract Incentive Detail - HVAC

Period : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| Employee | : Dustin W Brown | Job Code | : J07682 |
| Employee ID | : 1146775 | Plan | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| Branch/Dept | : N57 - 0000 | Plan Effective Date | : 1/10/2007 |
| Manager | : Curtis M Crossley | Manager ID | : 1114917 |
| Pay Suspend | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N570027 | 04/01/2022 | PSR | Transferred | $22,610.00 | $10,264.14 | 100% | $721.68 | $721.68 | $0.00 |
| 2N570029 | 05/01/2022 | PSR | Active | $90,690.00 | $0.00 | 100% | $93.71 | $362.88 | $-269.17 |
| 2N570030 | 06/01/2022 | PSC | Active | $142,295.00 | $51,786.88 | 100% | $4,464.83 | $3,649.20 | $815.63 |
| 2N570031 | 06/01/2022 | PSR | Transferred | $10,566.00 | $2,539.16 | 100% | $272.74 | $272.74 | $0.00 |
| 2N570032 | 07/01/2022 | Prime | Transferred | $174,722.88 | $67,128.14 | 100% | $5,641.60 | $5,641.61 | $-0.01 |
| 2N570035 | 07/01/2022 | Prime | Transferred | $45,061.87 | $0.00 | 40% | $254.02 | $254.02 | $0.00 |
| 2N570036 | 07/01/2022 | Prime | Active | $201,485.13 | $66,021.04 | 40% | $3,247.88 | $2,831.95 | $415.93 |
| 2N570037 | 07/01/2022 | PSC | Active | $37,970.00 | $15,277.19 | 100% | $1,257.02 | $898.99 | $358.03 |
| 2N570038 | 08/01/2022 | Prime | Closed | $23,595.00 | $13,757.02 | 100% | $972.99 | $973.00 | $-0.01 |
| 2N570039 | 08/01/2022 | PSR | Active | $14,877.00 | $7,754.63 | 100% | $572.12 | $449.98 | $122.14 |
| 2N570041 | 08/01/2022 | PSR | Active | $6,000.00 | $2,969.91 | 100% | $223.65 | $176.87 | $46.78 |
| 3EB40030 | 07/01/2023 | PSC | Active | $73,000.00 | $10,336.16 | 25% | $252.53 | $153.04 | $99.49 |
| 3N220009 | 11/01/2022 | PSR | Active | $228,645.00 | $87,127.79 | 100% | $8,214.76 | $5,165.30 | $3,049.46 |
| 3N220054 | 03/01/2023 | Prime | Active | $1,888,175.00 | $702,025.60 | 100% | $51,477.41 | $33,201.57 | $18,275.84 |
| 3N220098 | 08/01/2023 | PSR | Active | $423,758.00 | $143,376.65 | 50% | $7,954.40 | $5,445.31 | $2,509.09 |
| 3N570001 | 10/01/2022 | PSR | Transferred | $17,990.00 | $8,609.67 | 100% | $734.08 | $734.08 | $0.00 |
| 3N570002 | 10/01/2022 | PSC | Active | $19,672.00 | $7,076.51 | 100% | $685.78 | $561.94 | $123.84 |
| 3N570003 | 10/01/2022 | PSC | Active | $235,487.00 | $84,702.36 | 100% | $8,208.96 | $6,726.67 | $1,482.29 |
| 3N570004 | 11/01/2022 | PSR | Transferred | $3,983.34 | $3,351.18 | 100% | $234.80 | $176.15 | $58.65 |
| 3N570005 | 11/01/2022 | PSR | Transferred | $45,630.30 | $27,247.19 | 100% | $2,132.38 | $1,655.56 | $476.82 |
| 3N570006 | 12/01/2022 | Prime | Active | $88,940.00 | $35,831.04 | 100% | $3,292.41 | $2,320.32 | $972.09 |
| 3N570007 | 04/01/2023 | PSR | Transferred | $28,784.76 | $15,685.25 | 100% | $1,377.96 | $1,377.96 | $0.00 |
| 3N570008 | 04/01/2023 | Prime | Active | $64,987.00 | $23,792.11 | 100% | $2,529.97 | $1,697.24 | $832.73 |

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 4 of 5   Document 1-5

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Dustin W Brown | **Job Code** | : J07682 |
| **Employee ID** | : 1146775 | **Plan (SCPJ)** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N57 - 0000 | **Plan Effective Date** | : 1/10/2007 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N570009 | 04/01/2023 | PSR | Transferred | $17,483.00 | $7,741.88 | 100% | $416.46 | $416.46 | $0.00 |
| 3N570010 | 05/01/2023 | PSR | Active | $34,780.00 | $12,531.14 | 100% | $1,343.89 | $1,055.81 | $288.08 |
| 3N570011 | 05/01/2023 | PSR | Active | $49,987.00 | $18,012.42 | 100% | $1,931.61 | $1,616.39 | $315.22 |
| 3N570012 | 06/01/2023 | PSR | Active | $246,336.10 | $82,437.49 | 100% | $9,202.56 | $6,317.25 | $2,885.31 |
| 3N570013 | 06/01/2023 | PSC | Active | $2,230,299.00 | $625,877.84 | 100% | $53,687.50 | $31,781.78 | $21,905.72 |
| 3N570014 | 07/01/2023 | PSR | Active | $15,887.00 | $5,422.27 | 100% | $598.79 | $409.01 | $189.78 |
| 3N570015 | 08/01/2023 | Prime | Active | $10,073.87 | $4,570.62 | 100% | $436.32 | $356.34 | $79.98 |
| 3N570016 | 08/01/2023 | Prime | Active | $10,073.87 | $4,570.62 | 100% | $436.32 | $356.34 | $79.98 |
| 3N570017 | 09/01/2023 | PSR | Active | $31,173.00 | $11,681.67 | 100% | $1,227.02 | $818.17 | $408.85 |
| 4N760001 | 09/30/2023 | Prime | Active | $97,540.60 | $24,066.81 | 35% | $608.94 | $314.12 | $294.82 |
| **Total** | | | | | | | **$321,217.05** | **$250,097.26** | **$71,119.74** |