**EXHIBIT F**



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 0N100182 | | 07/01/2020 | PSC | Closed | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 0N100190 | | 03/01/2020 | PSR | Active | $23,960.00 | $7,755.57 | 100% | $623.57 | $262.54 | $361.03 |
| 0N100218 | | 03/01/2020 | PSC | Active | $218,451.00 | $2,345.92 | 100% | $1,685.16 | $1,630.56 | $54.60 |
| 0N100244 | | 04/01/2020 | PSC | Closed | $34,297.00 | $0.00 | 100% | $80.18 | $80.18 | $0.00 |
| 0N100332 | | 08/01/2020 | PSC | Active | $3,670,921.00 | $368,743.63 | 15% | $7,517.62 | $6,232.82 | $1,284.80 |
| 0N100333 | | 08/01/2020 | PSC | Active | $737,419.00 | $75,023.65 | 10% | $1,045.55 | $865.70 | $179.85 |
| 0N100334 | | 08/01/2020 | PSC | Active | $20,380.00 | $1,632.08 | 15% | $30.04 | $22.30 | $7.74 |
| 0N100352 | | 09/01/2020 | PSC | Active | $951,812.00 | $197,009.01 | 100% | $17,384.25 | $12,798.86 | $4,585.39 |
| 1N100052 | | 11/01/2020 | PSR | Transferred, ( | $208,477.01 | $7,675.18 | | $1,448.55 | $1,448.55 | $0.00 |
| 1N100092 | | 01/01/2021 | PSR | Active | $604,107.32 | $188,647.75 | 47% | $7,201.35 | $5,129.78 | $2,071.57 |
| 1N100126 | | 02/01/2021 | PSR | Active | $23,200.00 | $7,290.57 | 100% | $589.22 | $419.53 | $169.69 |
| 1N100148 | | 02/01/2021 | PSR | Transferred, ( | $162,895.00 | $54,092.12 | 100% | $4,330.16 | $3,071.16 | $1,259.00 |
| 1N100149 | | 02/01/2021 | PSC | Active | $459,200.00 | $179,626.27 | 100% | $15,044.75 | $8,969.45 | $6,075.30 |
| 1N100186 | | 03/01/2021 | PSR | Active | $296,640.00 | $78,712.29 | 100% | $6,569.25 | $4,737.22 | $1,832.03 |
| 1N100228 | | 04/01/2021 | PSR | Transferred | $770.00 | $489.76 | 100% | $37.76 | $26.36 | $11.40 |
| 1N100272 | | 05/01/2021 | PSR | Active | $3,930.00 | $225.70 | 100% | $32.70 | $26.11 | $6.59 |
| 1N100351 | | 07/01/2021 | PSR | Active | $247,691.00 | $86,015.01 | 100% | $6,834.61 | $4,832.61 | $2,002.00 |
| 1N100393 | | 08/01/2021 | PSR | Active | $354,400.00 | $173,348.12 | 100% | $13,122.45 | $9,087.77 | $4,034.68 |
| 1N100412 | | 04/01/2022 | PSC | Active | $1,400,000.00 | $420,805.99 | 100% | $34,283.60 | $23,490.32 | $10,793.28 |
| 2N100021 | | 10/01/2021 | PSR | Closed | $0.00 | $0.00 | 0% | $0.00 | $0.00 | $0.00 |
| 2N100028 | | 10/01/2021 | PSC | Active | $28,670.00 | $6,571.43 | 100% | $566.02 | $413.07 | $152.95 |
| 2N100045 | | 12/01/2021 | PSR | Active | $95,156.00 | $32,008.95 | 100% | $2,556.80 | $1,811.79 | $745.01 |
| 2N100046 | | 11/01/2021 | PSR | Closed | $95,412.00 | $35,366.58 | 100% | $2,781.23 | $2,781.23 | $0.00 |

# Contract Incentive Detail - HVAC

**Period** : September 2023


## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 2N100053 | | 11/01/2021 | PSR | Active | $271,232.00 | $86,806.53 | 100% | $6,993.17 | $4,972.75 | $2,020.42 |
| 2N100054 | | 11/01/2021 | PSR | Active | $1,575,416.00 | $489,984.06 | 100% | $43,217.99 | $20,409.24 | $22,808.75 |
| 2N100059 | | 12/01/2021 | PSR | Active | $522,246.00 | $174,577.19 | 100% | $13,959.49 | $9,896.21 | $4,063.28 |
| 2N100060 | | 11/01/2021 | PSC | Active | $109,144.00 | $27,761.29 | 100% | $2,337.28 | $1,691.13 | $646.15 |
| 2N100069 | | 12/01/2021 | PSR | Closed | $59,805.00 | $16,914.65 | 100% | $1,393.94 | $1,393.94 | $0.00 |
| 2N100076 | | 12/01/2021 | PSR | Closed | $31,171.00 | $9,368.34 | 100% | $763.26 | $763.26 | $0.00 |
| 2N100078 | | 12/01/2021 | PSR | Transferred | $117,833.00 | $64,276.57 | 100% | $4,804.64 | $4,804.64 | $0.00 |
| 2N100108 | | 02/01/2022 | PSR | Transferred | $85,565.00 | $12,148.22 | 100% | $1,192.90 | $1,192.90 | $0.00 |
| 2N100109 | | 02/01/2022 | PSR | Transferred | $70,888.00 | $14,235.64 | 100% | $1,265.67 | $1,265.67 | $0.00 |
| 2N100139 | | 02/01/2022 | PSR | Active | $2,800,000.00 | $605,433.29 | 100% | $30,082.02 | $10,520.01 | $19,562.01 |
| 2N100157 | | 03/01/2022 | PSR | Active | $716,902.00 | $72,106.19 | 18% | $1,830.93 | $1,226.75 | $604.18 |
| 2N100158 | | 03/01/2022 | PSR | Active | $146,953.00 | $25,033.00 | 18% | $688.75 | $478.99 | $209.76 |
| 2N100161 | | 03/01/2022 | PSR | Active | $245,000.00 | $102,423.55 | 100% | $8,464.92 | $5,427.14 | $3,037.78 |
| 2N100163 | | 03/01/2022 | PSR | Transferred | $610,257.00 | $242,643.79 | 100% | $18,881.97 | $18,881.97 | $0.00 |
| 2N100187 | | 04/01/2022 | PSR | Transferred | $67,800.00 | $22,545.03 | 100% | $1,804.34 | $1,804.34 | $0.00 |
| 2N100192 | | 04/01/2022 | PSR | Transferred | $21,240.00 | $8,135.30 | 100% | $636.58 | $636.58 | $0.00 |
| 2N100201 | | 04/01/2022 | PSR | Closed | $357,517.00 | $172,685.09 | 100% | $13,092.39 | $13,092.39 | $0.00 |
| 2N100224 | | 05/01/2022 | PSR | Transferred | $81,420.48 | $32,707.82 | 100% | $2,541.46 | $1,780.19 | $761.27 |
| 2N100227 | | 05/01/2022 | PSR | Transferred | $17,840.00 | $5,706.50 | 100% | $459.76 | $459.76 | $0.00 |
| 2N100229 | | 05/01/2022 | PSR | Active | $154,873.00 | $59,909.94 | 100% | $4,680.94 | $3,286.54 | $1,394.40 |
| 2N100230 | | 05/01/2022 | PSR | Transferred | $20,823.00 | $6,419.56 | 100% | $520.60 | $520.60 | $0.00 |
| 2N100244 | | 06/01/2022 | PSR | Transferred | $249,643.00 | $137,600.13 | 100% | $11,092.72 | $11,092.72 | $0.00 |

**Period** : September 2023



**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 2N100249 | 06/01/2022 | PSR | Active | $163,340.00 | $58,496.70 | 100% | $5,681.20 | $3,814.86 | $1,866.34 |
| 2N100272 | 07/01/2022 | PSR | Transferred | $23,300.00 | $8,611.24 | 100% | $823.75 | $823.75 | $0.00 |
| 2N100276 | 07/01/2022 | PSR | Active | $17,870.00 | $6,050.76 | 100% | $604.08 | $472.75 | $131.33 |
| 2N100283 | 07/01/2022 | PSR | Active | $6,700.00 | $1,536.58 | 100% | $189.89 | $163.00 | $26.89 |
| 2N100284 | 07/01/2022 | PSR | Active | $1,555,086.00 | $601,969.03 | 100% | $56,340.54 | $45,806.08 | $10,534.46 |
| 2N100297 | 08/01/2022 | PSR | Transferred | $12,167.00 | $2,261.74 | 100% | $167.84 | $167.84 | $0.00 |
| 2N100299 | 08/01/2022 | PSC | Active | $1,338,858.00 | $435,405.89 | 63% | $27,820.36 | $23,042.11 | $4,778.25 |
| 2N100319 | 09/01/2022 | PSR | Active | $45,871.00 | $16,450.58 | 100% | $1,596.60 | $1,308.72 | $287.88 |
| 2N100320 | 08/01/2022 | PSR | Active | $63,340.00 | $19,225.20 | 100% | $1,246.29 | $909.85 | $336.44 |
| 2N100325 | 09/01/2022 | PSR | Active | $300,491.00 | $59,225.08 | 100% | $4,313.46 | $3,277.03 | $1,036.43 |
| 2N100329 | 09/01/2022 | PSR | Active | $233,163.00 | $83,047.23 | 100% | $8,086.97 | $6,633.64 | $1,453.33 |
| 2N100330 | 09/01/2022 | Prime | Closed | $4,500.00 | $2,520.57 | 100% | $146.28 | $146.28 | $0.00 |
| 2N100333 | 09/01/2022 | PSR | Active | $27,930.00 | $9,370.21 | 100% | $939.81 | $611.85 | $327.96 |
| 2N100336 | 09/01/2022 | PSR | Active | $20,700.00 | $5,493.32 | 100% | $367.82 | $271.68 | $96.14 |
| 2N100341 | 09/01/2022 | PSR | Active | $38,125.90 | $10,670.33 | 100% | $705.09 | $518.36 | $186.73 |
| 2N100344 | 09/01/2022 | PSR | Transferred | $40,230.00 | $10,432.63 | 100% | $702.66 | $702.66 | $0.00 |
| 2N100346 | 09/01/2022 | PSR | Transferred | $28,750.00 | $10,555.57 | 100% | $657.16 | $657.16 | $0.00 |
| 2N100347 | 09/01/2022 | PSR | Active | $227,213.47 | $85,168.66 | 100% | $5,280.89 | $3,790.44 | $1,490.45 |
| 2N100350 | 09/01/2022 | PSR | Transferred | $7,500.00 | $3,050.71 | 100% | $279.10 | $279.10 | $0.00 |
| 2N100351 | 09/01/2022 | Prime | Closed | $167,072.30 | $65,791.02 | 27% | $1,363.96 | $1,363.96 | $0.00 |
| 2N100352 | 09/01/2022 | PSR | Active | $128,991.00 | $48,089.00 | 100% | $4,581.18 | $3,537.41 | $1,043.77 |
| 3N100014 | 10/01/2022 | PSR | Transferred | $35,796.98 | $13,320.96 | 100% | $1,270.14 | $1,270.14 | $0.00 |

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 3 of 7   Document 1-6

# Contract Incentive Detail - HVAC



**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 3N100022 | | 10/01/2022 | Prime | Active | $130,000.00 | $53,361.15 | 38% | $2,182.06 | $1,467.29 | $714.77 |
| 3N100023 | | 11/01/2022 | PSR | Active | $2,100.00 | $751.97 | 100% | $73.04 | $59.88 | $13.16 |
| 3N100024 | | 10/01/2022 | PSR | Transferred | $16,100.00 | $5,723.50 | 100% | $358.63 | $358.63 | $0.00 |
| 3N100029 | | 10/01/2022 | Prime | Transferred | $36,460.00 | $18,439.94 | 50% | $904.37 | $904.37 | $0.00 |
| 3N100035 | | 12/01/2022 | PSR | Active | $10,000.00 | $4,037.07 | 100% | $370.60 | $229.31 | $141.29 |
| 3N100036 | | 11/01/2022 | PSR | Active | $103,073.00 | $35,686.84 | 100% | $3,523.70 | $2,899.18 | $624.52 |
| 3N100042 | | 11/01/2022 | PSR | Active | $314,100.00 | $113,009.06 | 100% | $10,950.89 | $7,063.38 | $3,887.51 |
| 3N100043 | | 11/01/2022 | PSR | Active | $35,499.00 | $13,370.68 | 100% | $1,267.60 | $1,033.61 | $233.99 |
| 3N100044 | | 11/01/2022 | PSR | Transferred | $1,400.00 | $131.63 | 100% | $12.88 | $12.88 | $0.00 |
| 3N100045 | | 11/01/2022 | PSR | Active | $4,800.00 | $2,967.14 | 100% | $229.36 | $177.43 | $51.93 |
| 3N100046 | | 11/01/2022 | PSR | Transferred | $4,800.00 | $2,715.60 | 100% | $216.78 | $216.78 | $0.00 |
| 3N100047 | | 11/01/2022 | PSR | Transferred | $15,280.00 | $4,307.10 | 100% | $284.12 | $284.12 | $0.00 |
| 3N100051 | | 12/01/2022 | PSR | Active | $87,840.00 | $35,084.41 | 100% | $3,236.52 | $2,622.54 | $613.98 |
| 3N100053 | | 12/01/2022 | Prime | Transferred | $150,810.00 | $78,102.84 | 50% | $3,797.99 | $3,797.99 | $0.00 |
| 3N100062 | | 12/01/2022 | PSR | Active | $41,755.00 | $14,465.34 | 100% | $1,427.89 | $1,017.01 | $410.88 |
| 3N100064 | | 01/01/2023 | PSR | Active | $18,420.00 | $6,437.86 | 100% | $632.73 | $444.10 | $188.63 |
| 3N100068 | | 12/01/2022 | PSR | Active | $53,900.00 | $20,346.35 | 100% | $1,926.88 | $1,570.82 | $356.06 |
| 3N100072 | | 12/01/2022 | PSR | Active | $256,940.00 | $87,203.09 | 100% | $8,696.02 | $5,643.91 | $3,052.11 |
| 3N100082 | | 01/01/2023 | PSR | Active | $26,851.00 | $9,846.03 | 100% | $945.41 | $773.11 | $172.30 |
| 3N100087 | | 01/01/2023 | PSR | Active | $95,206.00 | $40,444.66 | 100% | $3,628.85 | $2,791.84 | $837.01 |
| 3N100088 | | 01/01/2023 | PSR | Transferred | $12,600.00 | $5,226.90 | 100% | $318.05 | $318.05 | $0.00 |
| 3N100089 | | 01/01/2023 | PSR | Transferred | $12,300.00 | $124.19 | 100% | $213.77 | $213.77 | $0.00 |

# Contract Incentive Detail - HVAC

**Period** : September 2023



Johnson Controls

## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMARY

| Contract Number | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 3N100113 | | 02/01/2023 | Prime | Active | $305,135.00 | $134,212.46 | 25% | $3,775.31 | $3,041.34 | $733.97 |
| 3N100117 | | 02/01/2023 | PSR | Active | $6,280.00 | $1,415.81 | 100% | $105.33 | $55.78 | $49.55 |
| 3N100141 | | 03/01/2023 | PSR | Active | $13,400.00 | $1,961.21 | 100% | $171.76 | $103.12 | $68.64 |
| 3N100142 | | 03/01/2023 | Prime | Active | $8,200.00 | $1,576.49 | 100% | $123.92 | $96.34 | $27.58 |
| 3N100150 | | 03/01/2023 | PSR | Active | $49,050.00 | $19,790.26 | 100% | $2,001.15 | $1,654.82 | $346.33 |
| 3N100165 | | 05/01/2023 | PSR | Active | $22,720.00 | $6,463.78 | 100% | $448.15 | $221.92 | $226.23 |
| 3N100169 | | 04/01/2023 | PSR | Active | $28,980.00 | $10,858.48 | 100% | $1,140.64 | $760.59 | $380.05 |
| 3N100170 | | 04/01/2023 | PSR | Active | $648,930.00 | $226,729.39 | 100% | $24,720.63 | $16,785.10 | $7,935.53 |
| 3N100172 | | 05/01/2023 | PSR | Active | $47,852.00 | $7,550.88 | 100% | $640.73 | $376.45 | $264.28 |
| 3N100174 | | 04/01/2023 | PSR | Active | $16,525.00 | $6,303.50 | 100% | $656.01 | $435.39 | $220.62 |
| 3N100179 | | 05/01/2023 | PSR | Active | $58,680.00 | $20,097.63 | 100% | $2,215.16 | $1,863.45 | $351.71 |
| 3N100190 | | 05/01/2023 | PSR | Active | $24,958.00 | $8,235.62 | 100% | $549.05 | $395.37 | $153.68 |
| 3N100191 | | 05/01/2023 | PSR | Active | $192,665.00 | $66,165.01 | 100% | $7,281.98 | $4,966.21 | $2,315.77 |
| 3N100192 | | 05/01/2023 | PSR | Active | $414,500.00 | $141,286.41 | 100% | $15,613.38 | $10,668.36 | $4,945.02 |
| 3N100193 | | 05/01/2023 | PSR | Active | $337,998.00 | $121,685.45 | 100% | $13,055.49 | $8,796.49 | $4,259.00 |
| 3N100196 | | 05/01/2023 | PSC | Active | $89,144.00 | $22,604.63 | 100% | $1,620.52 | $829.36 | $791.16 |
| 3N100198 | | 05/01/2023 | PSR | Active | $8,500.00 | $744.98 | 100% | $212.56 | $199.52 | $13.04 |
| 3N100199 | | 05/01/2023 | PSR | Active | $1,820.00 | $261.35 | 100% | $23.08 | $16.14 | $6.94 |
| 3N100200 | | 05/01/2023 | PSR | Active | $18,900.00 | $6,551.49 | 100% | $717.39 | $488.08 | $229.31 |
| 3N100201 | | 05/01/2023 | PSR | Active | $7,800.00 | $2,591.10 | 100% | $290.43 | $199.75 | $90.68 |
| 3N100203 | | 06/01/2023 | PSR | Active | $187,826.00 | $62,357.65 | 100% | $6,991.78 | $4,809.26 | $2,182.52 |

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|
| 3N100207 | 05/01/2023 | PSR | Active | $358,200.00 | $133,151.71 | 100% | $14,045.46 | $9,385.16 | $4,660.30 |
| 3N100218 | 06/01/2023 | PSR | Active | $21,000.00 | $5,492.87 | 100% | $390.14 | $197.89 | $192.25 |
| 3N100219 | 08/01/2023 | PSR | Active | $28,510.00 | $12,927.24 | 100% | $1,234.36 | $781.91 | $452.45 |
| 3N100221 | 06/01/2023 | PSC | Active | $33,411.00 | $9,390.60 | 100% | $1,158.63 | $992.89 | $165.74 |
| 3N100224 | 06/01/2023 | PSR | Active | $11,200.00 | $3,748.96 | 100% | $418.45 | $323.04 | $95.41 |
| 3N100225 | 06/01/2023 | PSR | Active | $212,120.00 | $70,877.53 | 100% | $7,918.85 | $5,539.14 | $2,379.71 |
| 3N100226 | 06/01/2023 | PSR | Active | $886,466.00 | $218,636.44 | 100% | $15,807.38 | $8,155.11 | $7,652.27 |
| 3N100228 | 06/01/2023 | PSR | Active | $54,337.00 | $18,039.47 | 100% | $2,022.66 | $1,391.28 | $631.38 |
| 3N100229 | 06/01/2023 | PSR | Active | $124,521.00 | $43,581.80 | 100% | $4,747.35 | $3,221.99 | $1,525.36 |
| 3N100233 | 06/01/2023 | PSR | Active | $2,100.00 | $1,028.38 | 100% | $94.73 | $58.74 | $35.99 |
| 3N100234 | 07/01/2023 | PSR | Active | $31,350.00 | $11,911.99 | 100% | $1,242.17 | $825.26 | $416.91 |
| 3N100248 | 07/01/2023 | PSR | Active | $45,139.00 | $15,121.32 | 100% | $1,687.04 | $1,157.80 | $529.24 |
| 3N100249 | 07/01/2023 | PSR | Active | $762,659.00 | $262,872.99 | 50% | $14,436.74 | $9,836.46 | $4,600.28 |
| 3N100252 | 07/01/2023 | PSR | Active | $37,700.00 | $10,811.64 | 100% | $747.93 | $369.52 | $378.41 |
| 3N100253 | 09/01/2023 | Prime | Active | $27,855.00 | $10,287.47 | 100% | $1,088.87 | $728.81 | $360.06 |
| 3N100258 | 07/01/2023 | PSR | Active | $5,200.00 | $3,382.32 | 100% | $276.37 | $217.18 | $59.19 |
| 3N100262 | 08/01/2023 | PSR | Active | $47,120.00 | $15,978.62 | 100% | $1,770.78 | $1,211.53 | $559.25 |
| 3N100274 | 08/01/2023 | PSR | Active | $1,900.00 | $687.70 | 100% | $73.57 | $49.51 | $24.06 |
| 3N100275 | 08/01/2023 | PSR | Active | $15,780.00 | $5,419.72 | 100% | $596.45 | $406.76 | $189.69 |
| 3N100276 | 08/01/2023 | PSR | Active | $1,200.00 | $0.00 | 100% | $-11.26 | $1.24 | $-12.50 |
| 3N100278 | 08/01/2023 | PSR | Active | $34,122.00 | $11,859.39 | 100% | $1,296.73 | $881.65 | $415.08 |
| 3N100279 | 08/01/2023 | PSR | Active | $6,012.00 | $1,990.31 | 100% | $223.53 | $153.86 | $69.67 |

# Contract Incentive Detail - HVAC

**Period** : September 2023



## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Jeffrey W Erker | **Job Code** | : J07682 |
| **Employee ID** | : 1064705 | **Plan** | : SCPJ - SIP BSNA HVAC Smart Buildings Sales Reps |
| **Branch/Dept** | : N10 - 0000 | **Plan Effective Date** | : 1/10/2013 |
| **Manager** | : Curtis M Crossley | **Manager ID** | : 1114917 |
| **Pay Suspend** | : No | | |

### INCENTIVE SUMMAR

| Contract Number | | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 3N100300 | | 09/30/2023 | PSR | Active | $81,959.00 | $28,742.16 | 100% | $3,127.50 | $2,121.52 | $1,005.98 |
| 3N100303 | | 09/01/2023 | PSR | Active | $50,000.00 | $17,403.31 | 100% | $1,901.42 | $1,292.30 | $609.12 |
| 3N100304 | | 09/30/2023 | PSR | Active | $39,710.00 | $11,714.77 | 100% | $804.14 | $394.12 | $410.02 |
| **Total** | | | | | | | | **$622,288.17** | **$443,661.81** | **$178,626.38** |

Case 2:24-cv-00046-PP   Filed 01/12/24   Page 7 of 7   Document 1-6