IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANIEL NOVIN, et al., <br> on behalf of themselves individually <br> and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON CONTROLS, INC., <br><br> Defendant. | CASE NO. 24-cv-46 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**

For the reasons given in the parties' supporting brief, Plaintiffs, on behalf of themselves individually and all others similarly situated, and Defendant Johnson Controls, Inc., move the court for an order that:

1. Preliminarily approves the proposed settlement agreement as a fair, reasonable, and adequate resolution of disputed claims;

2. Certifies the Rule 23 Class for the purpose of settlement pursuant to Federal Rule of Civil Procedure 23;

3. Appoints Plaintiffs Daniel Novin, Stewart Swander, Timothy Butler, F. Reid Begnoche, Dustin Brown, Jeffrey Erker, Sam Klumpers, Gary Gray, Christopher Johnston, Joseph Perea, Brian Reis, Mark Zip, Patrick Mooney, David Howze, Scott McCollam, Matthew Carville, Ricky Scott, Michael Migliaccio, Keith Wahl, William Roberts, and Froilan Garma as class representatives;

4. Appoints HKM Employment Attorneys LLP and Hawks Quindel, S.C. as class counsel pursuant to Federal Rule of Civil Procedure 23(g);

5. Approves the parties' proposed notice to the class (Exhibit D to the proposed settlement agreement) for distribution to all putative members of the Rule 23 Class and the provision of the proposed notice to the class as valid, due, and sufficient notice to the members of the Rule 23 Class;

6. Directs Defendant to provide the most recent mailing addresses of members of the Rule 23 Class to the claims administrator, Rust Consulting, within seven days of the court's order;

7. Directs the claims administrator, Rust Consulting, to mail the proposed notices members of the Rule 23 Class within fourteen (14) days of receiving the most recent mailing addresses from Defendant;

8. Directs members of the Rule 23 Class who wish to exclude themselves from the proposed settlement of claims to exclude themselves within 30 days of the mailing of the proposed notices per the instructions set forth in the notice;

9. States that each member of the Rule 23 Class who has not properly and timely requested exclusion shall be bound by the proposed settlement agreement if the court grants final approval to the agreement;

10. Directs members of the Rule 23 Class who wish to object to the proposed settlement agreement to file and serve such written objections per the instructions set forth in the notice no later than thirty (30) days after the mailing of

the proposed notices, together with copies of all papers in support of his or her position;

11. Directs class counsel to file a motion for approval of attorneys' fees and costs by no later than seven (7) days before the final fairness hearing; and

12. States that the court shall determine at the final fairness hearing what amount of attorneys' fees and reimbursement of costs and expenses should be awarded to class counsel.

Dated: September 1, 2025

        **HKM EMPLOYMENT ATTORNEYS LLP**

By:   */s/ Kevin A. Todd*
Brad K. Thoenen, MO 59778
bthoenen@hkm.com
John J. Ziegelmeyer III, MO 59042
jziegelmeyer@hkm.com
Kevin A. Todd, MO 73048
ktodd@hkm.com
1600 Genessee St., Ste. 754
Kansas City, Missouri 664102
816.875.9339

and

**HAWKS QUINDEL S.C.**

Summer H. Murshid SBN 1075404
Larry A. Johnson, SBN 1056619
5150 North Port Washington Road
Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
smushid@hq-law.com
ljohnson@hq-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2025, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

/s/ *Kevin A. Todd*
Attorney for Plaintiff