IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANIEL NOVIN, et al., on behalf of themselves individually and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Defendant. | CASE NO. 24-cv-46 |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT

Plaintiffs, individually and on behalf of the certified Rule 23 Class Members (collectively "Class Members") submit this Unopposed Motion for Final Approval of their Rule 23 Class Action Settlement. This Motion is supported by the Parties' Brief in Support of this Motion as well as the declarations of Attorneys Brad K. Thoenen, Summer H. Murshid, and Peter O. Hughes, and Class Administrator Penatete Junker of Rust Consulting.

1. The Parties, through negotiation, reached a class-wide settlement in this case on July 30, 2025. On October 7, 2025, The Court entered an Order granting preliminary approval to the settlement, which found the settlement agreement was likely to be approved as fair, reasonable, and adequate, and certified the Class pursuant to Rule 23. (ECF No. 35.) The Court authorized the Parties to

distribute Notice to Class Members and set the fairness hearing for final approval of this settlement for December 4, 2025.

2. Pursuant to the Court's Order preliminarily approving the settlement and authorizing notice, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs is currently pending in this matter. (ECF No. 44.)

3. The Parties have carried out their obligations to provide notice to the Class Members pursuant to the Court's Orders and the Settlement Agreement. In total, 1,763 class members are participating in the settlement. Four have excluded themselves, and none have objected.

ACCORDINGLY, Plaintiffs respectfully request that the Court enter an Order finally approving their Settlement Agreement.

Dated this 24th day of November.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Kevin A. Todd*
Brad K. Thoenen, MO 59778
bthoenen@hkm.com
John J. Ziegelmeyer III, MO 59042
jziegelmeyer@hkm.com
Kevin A. Todd, MO 73048
ktodd@hkm.com
1600 Genessee St., Ste. 754
Kansas City, Missouri 64102
816.875.9339

and

**HAWKS QUINDEL S.C.**

Summer H. Murshid SBN 1075404
Larry A. Johnson, SBN 1056619
5150 North Port Washington Road
Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
smurshid@hq-law.com
ljohnson@hq-law.com

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2025, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

/s/ *Kevin A. Todd*
Attorney for Plaintiff