IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANIEL NOVIN, et al., on behalf of themselves individually and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON CONTROLS, INC., <br><br> Defendant. | CASE NO. 24-cv-46 |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

On November 24, 2025, Plaintiffs filed their Unopposed Motion for Final Approval of Class Action Settlement and briefing in support (ECF Nos. 46, 47). On December 2, 2025, the settlement administrator notified the Parties of one additional exclusion, received late but postmarked on the November 19, 2025 deadline for class members to opt out or object. (ECF No. 48, Declaration of Penatete M. Junker ("Junker Decl. II") at ¶ 6.) This brings the total number of exclusions to five. No class members have objected. With this update, 1,762 people are participating in the settlement out of the preliminarily approved class of 1,767, a participation rate of **99.7%**. Because the funds previously allocated to individuals who have opted out are reverting to Defendant JCI, as noted in Plaintiffs' initial briefing, Defendant's payment to the Settlement Administrator will now be $17,468,935.08 plus the employer's share of applicable payroll taxes. Given the continued high participation

1

rate and lack of objections, Plaintiffs reiterate their position from the November 24 briefing that this settlement is fair and reasonable, represents a strong outcome for the Class, and should be approved.

Dated this 3rd day of December, 2025.

                                 **HKM EMPLOYMENT ATTORNEYS LLP**

By:    /s/ *Kevin A. Todd*
Brad K. Thoenen, MO 59778
bthoenen@hkm.com
John J. Ziegelmeyer III, MO 59042
jziegelmeyer@hkm.com
Kevin A. Todd, MO 73048
ktodd@hkm.com
1600 Genessee St., Ste. 754
Kansas City, Missouri 64102
816.875.9339

and

**HAWKS QUINDEL S.C.**

Summer H. Murshid SBN 1075404
Larry A. Johnson, SBN 1056619
5150 North Port Washington Road
Suite 243
Milwaukee, WI 53217
Telephone: (414) 271-8650
Fax: (414) 207-6079
smurshid@hq-law.com
ljohnson@hq-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2025, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

                                      /s/ *Kevin A. Todd*
                                      Attorney for Plaintiff