UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: December 4, 2025
JUDGE: Pamela Pepper
CASE NO: 24-cv-46
CASE NAME: Daniel Novin *et al.* v. Johnson Controls Inc.
NATURE OF HEARING: Fairness Hearing
APPEARANCES: Brad Thoenen – Attorney for the plaintiffs
Summer Murshid – Attorney for the plaintiffs
Kevin Todd – Attorney for the plaintiffs
John Ziegelmeyer, III – Attorney for the plaintiffs
Bernard Bobber – Attorney for the defendant
COURTROOM DEPUTY: Justin Dreikosen
TIME: 10:01 a.m. – 10:28 a.m.

## AUDIO OF THIS HEARING AT DKT. NO. 50

The court explained that it had scheduled this hearing to consider the unopposed motions for Attorney Fees and Costs (Dkt. No. 44) and for Order Granting Final Approval of Rule 23 Class Action Settlement (Dkt. No. 46). The court confirmed that it had received and reviewed the December 3, 2025 supplemental declaration (Dkt. No. 48) and brief (Dkt. No. 49), which updated the number of exclusions (five). After hearing the parties' arguments in support of the fairness of the settlement agreement and questioning counsel, the court granted the motion for final approval (Dkt. No. 46), approved the service award to the twenty-one (21) individually named plaintiffs and granted the unopposed motion for attorneys' fees and costs (Dkt. No. 44).

The court asked the plaintiffs' counsel to file an agreed notice providing the final numbers for the court to insert into written order.

1