UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL NOVIN, STEWART SWANDER,
TIMOTHY BUTLER, REID BEGNOCHE,
DUSTIN BROWN, JEFFREY ERKER,
WILLIAM ROBERTS, MICHAEL MIGLIACCIO,
JOSEPH PEREA, KEITH WAHL,
PATRICK MOONEY, FROILAN GARMA,
MATT CARVILLE, BRIAN REIS,
CHRISTOPHER JOHNSTON, SCOTT MCCOLLAM,
DAVID HOWZE, SAM KLUMPERS, RICKY SCOTT,
MARK ZIP, GARY GRAY and ANDREW HUNTZINGER ,

      Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 24-cv-46-pp

JOHNSON CONTROLS, INC.,

      Defendant.

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment in the amount of $17,468,806.91 is entered in favor of the plaintiffs and against the defendant, to be allocated as follows: $12,218,806.91 to the plaintiffs and other class members, except plaintiff Andrew Huntzinger, who was previously dismissed, and $5,250,000 in attorney fees and costs.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 8th day of January, 2026.

LINDA M. KLEMM                                           **BY THE COURT:**
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk                                         **HON. PAMELA PEPPER**
                                                                    **Chief United States District Judge**